CATHERINE CORTEZ MASTO
Attorney General
Alycia K. Hansen
Deputy Attorney General
Nevada Bar No. 9054
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3184
(702) 486-3416 - fax
ahansen@ag.nv.gov
Attorneys for the State of Nevada,
on Relation of Its Department of Taxation

## IN THE UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

BISTRO CENTRAL LV, LLC,

        Debtor.

Case No. 14-14931
Chapter 11

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
### [F.R.B.P. 9010(b), 2002 AND 3017(a)]

    The State of Nevada, on Relation of Its Department of Taxation ("Department"), a Creditor in the above entitled bankruptcy, by and through its attorney, Catherine Cortez Masto, Attorney General, by her deputy, Alycia K. Hansen, hereby enters its appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rule 2002 and 3017(a) hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor, or other parties in interest, including copies of all plans of reorganization and disclosure statements. All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, all notices required to be mailed to Claimants pursuant to Bankruptcy Rule 2002, should be directed to:

. . .

Alycia K. Hansen
Deputy Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV  89101

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on Claimants, or (ii) constitute a waiver of any of the following rights of the Claimants:

(a) Right to have any and all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation val non of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto the Department without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

DATED this 17th day of July, 2014.

CATHERINE CORTEZ MASTO
Attorney General

By:  /s/ Alycia K. Hansen
    ALYCIA K. HANSEN
    Deputy Attorney General