1  CATHERINE CORTEZ MASTO
   Attorney General
2  Alycia K. Hansen
   Deputy Attorney General
3  Nevada Bar No. 9054
   555 E. Washington Avenue, Suite 3900
4  Las Vegas, Nevada 89101
   (702) 486-3184
5  (702) 486-3416 - fax
   ahansen@ag.nv.gov
6  Attorneys for the State of Nevada,
   on Relation of Its Department of Taxation
7

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | |
|---|---|---|
| BISTRO CENTRAL LV, LLC, | ) | Case No. 14-14931 |
| | ) | Chapter 11 |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the following document was electronically filed on the date indicated on the attached Notice of Electronic Filing, which is automatically generated by the United States Bankruptcy Court for the District of Nevada CM/ECF system, and served as further indicated on the attached Notice of Electronic Filing: **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE [F.R.B.P. 9010(b), 2002 AND 3017(a)].**

DATED this 17th day of July, 2014.

/ s / Danielle Wright
An employee of the Office of the Attorney General

-1-

## File a Notice:

14-14931 BISTRO CENTRAL, LV LLC

Type: bk      Chapter: 11 v      Office: 2 (Las Vegas)
Assets: y      Case Flag: BAPCPA

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from ALYCIA K HANSEN entered on 7/17/2014 at 4:40 PM PDT and filed on 7/17/2014
**Case Name:**      BISTRO CENTRAL, LV LLC
**Case Number:**      14-14931
**Document Number:** 4

**Docket Text:**
Notice *of Appearance and Request for Special Notice* Filed by ALYCIA K HANSEN on behalf of State of Nevada, on Relation of Its Department of Taxation (HANSEN, ALYCIA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of Appearance and Request for Special Notice.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/17/2014] [FileNumber=26623797-0
] [b1586209aa59deceaf6a432fa8578ec728440072cd7a01362d231f35af30a1f2145
35d405a5ce92a3d207e868aa5bb114ac188a1efbe9f0f87e835d2b739e547]]

**14-14931 Notice will be electronically mailed to:**

ALYCIA K HANSEN on behalf of Creditor State of Nevada, on Relation of Its Department of Taxation
ahansen@ag.nv.gov, mmillam@ag.nv.gov;dwright2@ag.nv.gov

SAMUEL A. SCHWARTZ on behalf of Debtor BISTRO CENTRAL, LV LLC
sam@schwartzlawyers.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**14-14931 Notice will not be electronically mailed to:**