Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Brian Blankenship, Esq.
Nevada Bar No. 11522
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | Case No.: 14-14931-ABL |
| | ) | |
| Bistro Central, LV LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ATTORNEY INFORMATION SHEET**
**FOR PROPOSED ORDER SHORTENING TIME**

As required by the Court, this Attorney Information Sheet has been prepared regarding the proposed Order Shortening Time for the Debtor's Motion under sections 363, 364, 1107 and 1108 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (a) authorizing the Debtor to (i) maintain existing bank accounts, (ii) continue to use its existing business forms, (iii) continue to use its existing cash management system, and (iv) continue using existing investment practices; and (b) granting superpriority status to postpetition intercompany claims (the "**Motion**"), filed on July 18, 2014, in this case.

Debtor's counsel contacted the following, whose responses are listed below.

| Name | Party Represented | Date Contacted | Response |
|---|---|---|---|
| Alycia Hansen | Nevada Department of Taxation | 07/17/2014 | No Opposition to OST Request |
| Victoria Nelson | Caesars Palace | 07/17/2014 | No Response |

| Erik Fox | Shawmut Construction | 07/18/2014 | No Opposition to OST Request |

No other creditors were contacted because the Debtor is unaware of other known counsel at this time.

Dated: July 18, 2014.

Respectfully Submitted,

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Brian Blankenship, Esq.
Nevada Bar No. 11522
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor