Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 14-14931-ABL |
| | ) |
| Bistro Central, LV LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| _____ | ) |

## ATTORNEY INFORMATION SHEET
## FOR PROPOSED ORDER SHORTENING TIME

As required by the Court, this Attorney Information Sheet has been prepared regarding the proposed Order Shortening Time for the Debtor's Motion for the entry of an order granting the Debtor additional time within which to file schedules and statements (the "**Motion**"), filed on July 18, 2014, in this case.

Debtor's counsel contacted the following, whose responses are listed below.

| Name | Party Represented | Date Contacted | Response |
|---|---|---|---|
| Alycia Hansen | Nevada Department of Taxation | 07/17/2014 | No Opposition to OST Request |
| Victoria Nelson | Caesars Palace | 07/17/2014 | No Response |
| Erik Fox | Shawmut Construction | 07/18/2014 | No Opposition to OST Request |

No other creditors were contacted because the Debtor is unaware of other known counsel at this time.

1

Dated this 18th day of July, 2014.

2

Respectfully Submitted,

3

4
/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.

5
Nevada Bar No. 10985

6
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662

7
The Schwartz Law Firm, Inc.

8
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119

9
Telephone: (702) 385-5544

10
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32