

_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**July 18, 2014**

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | Case No.: 14-14931-ABL |
| | ) | |
| Bistro Central, LV LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hearing Date: July 25, 2014 |
| _____ | ) | Hearing Time: 1:30 p.m. |

**ORDER SHORTENING TIME**

THIS MATTER having come before the Court on Debtor's Motion for an Order Shortening Time; the Court having reviewed all papers and pleadings on file herein and good cause appearing:

**IT IS HEREBY ORDERED** that the hearing on approval of the Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b)(9) (i) Authorizing the Debtor to Pay, and Establishing Procedures for Treatment of, Claims Arising Under Perishable Agricultural Commodities Act of 1930 and Packers and Stockyards Act of 1921; and (ii) Authorizing and

Directing Financial Institutions To Honor, Process, and Pay All Payments Related Thereto, filed on July 18, 2014, will be held before the Honorable United States Bankruptcy Judge _Landis_, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom #1, on ___July 25___, 2014, at the hour of 1:30 p.m.

Oppositions to the Motion shall be due on or before ___July 23___, 2014.

Replies to Oppositions to the Motion shall be due on or before the hearing date and time.

SUBMITTED BY:

/s/ Samuel A. Schwartz Esq.
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtors