Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Brian Blankenship, Esq.
Nevada Bar No. 11522
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 14-14931-ABL |
| | ) |
| Bistro Central, LV LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Hearing Date:  July 25, 2014 |
| _____ | ) Hearing Time: 1:30 p.m. |

**NOTICE OF HEARING FOR MOTION FOR THE ENTRY OF AN ORDER UNDER SECTIONS 363, 364, 1107 AND 1108 OF TITLE 11 OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTOR TO (i) MAINTAIN EXISTING BANK ACCOUNTS , (ii) CONTINUE TO USE ITS EXISTING BUSINESS FORMS, (iii) CONTINUE TO USE ITS EXISTING CASH MANAGEMENT SYSTEM, AND (iv) CONTINUE USING EXISTING INVESTMENT PRACTICES; AND (B) GRANTING SUPERPRIORITY STATUS TO POSTPETITION INTERCOMPANY CLAIMS TO:**

**ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES**

The Court, the Debtor, and all creditors and parties in interest are hereby notified of a hearing, on shortened time, on the Motion under sections 363, 364, 1107 and 1108 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (a) authorizing the Debtor to (i) maintain existing bank accounts, (ii) continue to use its existing business forms, (iii) continue to use its existing cash management system, and (iv) continue using existing investment practices; and (b) granting superpriority status to postpetition intercompany claims (the "**Motion**"), filed on July 18, 2014.

Pursuant to the Order (See Docket No. 28) entered by this Court on July 18, 2014:

- Objections to the Motion shall be due on or before July 23, 2014.

1

- Replies to objections shall be due on or before the hearing date and time.

If an objection is not timely filed and served, an order for the aforementioned motion and request for relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, notice is further given that the hearing on said Motion will be held before the Honorable United States Bankruptcy Judge August B. Landis in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101 in Courtroom #1, on **July 25, 2014** at **1:30 p.m.**

Dated: July 18, 2014.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Brian Blankenship, Esq.
Nevada Bar No. 11522
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system on July 18, 2014 to the following:

U.S. TRUSTEE - LV - 11  USTPRegion17.lv.ecf@usdoj.gov

ALYCIA K HANSEN on behalf of Creditor State of Nevada, on Relation of Its Department of Taxation  ahansen@ag.nv.gov, mmillam@ag.nv.gov;dwright2@ag.nv.gov

JACOB L. HOUMAND on behalf of Interested Party DESERT PALACE, INC., d/b/a CAESARS PALACE  jhoumand@nelsonhoumand.com, vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;kortiz@nelsonhoumand.com;nalcantara@nelsonhoumand.com

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via REGULAR U.S. MAIL to the following on July 18, 2014:

| Chase | Bank of America |
|---|---|
| P.O. Box 659754 | 4080 Spring Mountain Drive |
| San Antonio, TX 78265 | Las Vegas, NV 89102 |

/s/ Janine Lee
    Janine Lee