Samuel A. Schwartz, Esq., NBN #10985
Bryan A. Lindsey, Esq., NBN #10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for Debtor

E-Filed: July 18, 2014

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 14-14931-ABL |
| | ) |
| Bistro Central, LV LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Hearing Date: July 25, 2014 |
| | ) Hearing Time: 1:30 p.m. |

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR AN ORDER, PURSUANT TO SECTIONS 105(A), 363 AND 507(A) OF THE BANKRUPTCY CODE, ESTABLISHING PROCEDURES FOR THE ASSERTION OF PACA CLAIMS AND CERTAIN RELATED RELIEF**

**TO:   ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES**

The Court, the Debtor, and all creditors and parties in interest are hereby notified of a hearing, on shortened time, on the Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b)(9) (i) Authorizing the Debtor to Pay, and Establishing Procedures for Treatment of, Claims Arising Under Perishable Agricultural Commodities Act of 1930 and Packers and Stockyards Act of 1921; and (ii) Authorizing and Directing Financial Institutions To Honor, Process, and Pay All Payments Related Thereto (the "**Motion**"), filed in this case on July 18, 2014.

Pursuant to the Order (See Docket No. 32) entered by this Court on July 18, 2014:

- Objections to the Motion shall be due on or before July 23, 2014.

- Replies to objections shall be due on or before the hearing date and time.

If an objection is not timely filed and served, an order for the aforementioned motion and request for relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, notice is further given that the hearing on said Motion will be held before the Honorable United States Bankruptcy Judge August B. Landis in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101 in Courtroom #1, on **July 25, 2014** at **1:30.**

Dated this 18th day of July, 2014.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
The Schwartz Law Firm, Inc.
6623 Las Vegas Boulevard South, Suite 300
Las Vegas Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system on July 18, 2014 to the following:

U.S. TRUSTEE - LV - 11  USTPRegion17.lv.ecf@usdoj.gov

ALYCIA K HANSEN on behalf of Creditor State of Nevada, on Relation of Its Department of Taxation  ahansen@ag.nv.gov, mmillam@ag.nv.gov;dwright2@ag.nv.gov

JACOB L. HOUMAND on behalf of Interested Party DESERT PALACE, INC., d/b/a CAESARS PALACE  jhoumand@nelsonhoumand.com, vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;kortiz@nelsonhoumand.com;nalcantara@nelsonhoumand.com

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Regular U.S. MAIL to the following on July 18, 2014:

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Southern Wine and Spirits
8400 S. Jones Blvd.
Las Vegas, NV 89139

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Sysco Food Services
6201 E. Centennial Pkwy.
Las Vegas, NV 89115

| | |
|---|---|
| US Foods<br>1685 W. Cheyenne Ave.<br>North Las Vegas, NV 89032 | Chefs Warehouse West Coast<br>1300 Viele Avenue<br>Bronx, NY 10474 |
| Santa Monica Seafood<br>18531 S. Broadwick Street<br>Rancho Dominquez, CA 90220 | Chefs Warehouse West Coast<br>P.O. Box 601154<br>Pasadena, CA 91189 |
| Silver Service Refreshment<br>7340 Smoke Ranch Road<br>Las Vegas, NV 89128 | West Central Produce<br>c/o Gibbs GGiden Law<br>7450 Arroyo Crossing Pkwy, Ste. 270<br>Las Vegas, NV 89113 |
| Get Fresh Food<br>6745 S. Escondido Street<br>Las Vegas, NV 89119 | West Central Produce<br>202 E. 7th Place<br>Los Angeles, CA 90021 |
| Great Buns Bakery<br>3270 E. Tropicana Avenue<br>Las Vegas, NV 89121 | Wirtz Beverage<br>1849 West Cheyenne Ave.<br>North Las Vegas, NV 89032 |
| Dessert Gold<br>123 W. Colorado Ave.<br>Las Vegas, NV 89102 | Nevada Beverage<br>3940 W. Tropicana Ave.<br>Las Vegas, NV 89103 |
| Chef Wise<br>2200 NW 102nd Avenue, Ste. 2<br>Miami, FL 33172 | Best Buns Bakery<br>3270 E. Tropicana Ave.<br>Las Vegas, NV 89121 |

/s/ Janine Lee
    Janine Lee