United States Bankruptcy Court
District of Nevada

In re:                                                                  Case No. 14-14931-abl
BISTRO CENTRAL, LV LLC                                                  Chapter 11
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0978-2          User: admin          Page 1 of 3          Date Rcvd: Jul 18, 2014
                             Form ID: B9F          Total Noticed: 99

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2014.
```
db            +BISTRO CENTRAL, LV LLC,   101 CONVENTION CENTER DRIVE, SUITE 830,   LAS VEGAS, NV 89109-2009
aty           +ALYCIA K HANSEN,   OFFICE OF THE ATTORNEY GENERAL,   555 E WASHINGTON AVE., STE 3900,
               LAS VEGAS, NV 89101-1068
aty           +BRYAN A. LINDSEY,   THE SCHWARTZ LAW FIRM,   6623 LAS VEGAS BLVD. SO.,, STE 300,
               LAS VEGAS, NV 89119-3246
cr            +State of Nevada, on Relation of Its Department of,   555 East Washington Ave., Suite 3900,
               Las Vegas, NV 89101-1068
9115154       +ADP Payroll Services,   7474 West Chandler Blvd,   Chandler, AZ 85226-3250
9115153       +Adams Burch,   1901 Stanford Court,   Hyattsville, MD 20785-3219
9115155       +Alycia K. Hansen, Esq.,   State of NV Attorney General's Office,
               555 East Washington Avenue, Ste. 3900,   Las Vegas, NV 89101-1068
9115156       +American Toxicology,   3340 Sunrise Ave., Ste.105,   Las Vegas, NV 89101-4830
9115158       +Anthem,   c/o Amanda Shoughro, Account Exec.,   Employee Benefit Solutions,
               10161 Park Run Drive, Ste. 150,   Las Vegas, NV 89145-8872
9115157       +Anthem,   P.O. Box 172405,   Denver, CO 80217-2405
9115159       +Arnold & Porter,   c/o David Pauvre,   555 12th Street NW,   Washington, DC 20004-1206
9115160       +Avero Slingshot,   235 Park Avenue South, Floor 7,   New York, NY 10003-1405
9115161       +Best Buns Bakery,   3270 E. Tropicana Ave.,   Las Vegas, NV 89121-7316
9115162       +Bistro D'Ici/Chef Michel Richard,   c/o Kalbian Hagerty, LLP,   888 17th St. NW,
               Washington, DC 20006-3939
9115163       +Bonanza,   6333 Ensworth Street,   Las Vegas, NV 89119-3210
9115164        Brown, Brown & Premsirut,   Attn: Jay Brown,   520 S. Fourth Street, 2nd Floor,
               Las Vegas, NV 89101-6524
9115166       +Carl Halvorson,   1972 Alcova Ridge Drive,   Las Vegas, NV 89135-1550
9115167       +Central Investors Pref. Return Payment,   c/o Bistro Central,
               101 Convention Center Drive, Ste. 830,   Las Vegas, NV 89109-2009
9115168       +Chef Wise,   2200 NW 102nd Avenue, Ste. 2,   Miami, FL 33172-2225
9115170       +Chefs Warehouse West Coast,   P.O. Box 601154,   Pasadena, CA 91189-0002
9115169       +Chefs Warehouse West Coast,   1300 Viele Avenue,   Bronx, NY 10474-7134
9115147        Clark County Assessor,   c/o Bankruptcy Clerk,   500 S Grand Central Pkwy,   Box 551401,
               Las Vegas, NV 89155-1401
9115146        Clark County Treasurer,   c/o Bankruptcy Clerk,   500 S Grand Central Parkway,   PO Box 551220,
               Las Vegas, NV 89155-1220
9115174        Complete Payment Recovery Services,   Acct No xxxxx0794,   P.O. Box 038997,
               Tuscaloosa, AL 35403-8997
9115172        Complete Payment Recovery Services,   Acct No xxxxx0808,   P.O. Box 038997,
               Tuscaloosa, AL 35403-8997
9115173        Complete Payment Recovery Services,   Acct No xxxxx6807,   P.O. Box 038997,
               Tuscaloosa, AL 35403-8997
9115175        Complete Payment Recovery Services,   Acct No xxxxx9441,   P.O. Box 038997,
               Tuscaloosa, AL 35403-8997
9115176        Complete Payment Recovery Services,   Acct No xxxxx9468,   P.O. Box 038997,
               Tuscaloosa, AL 35403-8997
9115177       +Culinary & Bartenders Housing Trust,   1901 Las Vegas Blvd. South, Ste. 107,
               Las Vegas, NV 89104-1304
9115178       +Culinary Workers Union Local 226,   c/o Wanda Henry,   1630 S. Commerce Street,
               Las Vegas, NV 89102-2700
9115148       +Dept of Employment, Training and Rehab,   Employment Security Division,   500 East Third Street,
               Carson City, NV 89713-0002
9115179       +Desert Palace, Inc.,   dba Caesars Palace,   Attn: General Manager,   3570 Las Vegas Blvd. South,
               Las Vegas, NV 89109-8933
9115180       +Dessert Gold,   123 W. Colorado Ave.,   Las Vegas, NV 89102-2503
9115183        EMS,   Acct No xxxx3471,   P.O. Box 707600,   Tulsa, OK 74170-7600
9115184        EMS,   Acct No xxxx7289,   P.O. Box 707600,   Tulsa, OK 74170-7600
9115181        Ecolab,   c/o Receivables Control Corp.,   7373 Kirkwood Court, Ste. 200,   Minneapolis, MN 55440
9115185       +Farmers - Commercial,   c/o Alex Rivlin,   8889 S. Eastern Avenue, #E,   Las Vegas, NV 89123-4841
9115186       +Farmers Workers Compensation Insurance,   c/o Alex Rivlin,   8889 S. Eastern Avenue, #E,
               Las Vegas, NV 89123-4841
9115187        Farmers Workers Compensation Insurance,   P.O. Box 108843,   Oklahoma City, OK 73101-8843
9115188       +Foggy Bottom Holdings Mgmt. Co,   101 Convention Center Drive, Ste. 830,
               Las Vegas, NV 89109-2009
9115189       +Gatski Commercial,   101 Convention Center Drive,   Las Vegas, NV 89109-2001
9115190       +Get Fresh Food,   6745 S. Escondido Street,   Las Vegas, NV 89119-3858
9115191       +Great Buns Bakery,   3270 E. Tropicana Avenue,   Las Vegas, NV 89121-7316
9115192       +Greg Fuller Patio Misters,   Attn: Terry Coffing, Esq.,   Marquis, Aubach, Coffing,
               10001 Park Run Drive,   Las Vegas, NV 89145-8857
9115193        Greg Fuller Patio Misters,   806 Milwood Avenue,   Las Vegas, NV 89121
9115195       +Guardian Dental,   Acct No xxx491,   c/o Optum Health Financial Services, Inc,   P.O. Box 221709,
               Louisville, KY 40252-1709
9115194       +Guardian Dental,   Acct No xxx491,   Attn: Amanda Shoughro, Account Executive,
               Employee Benefit Solutions,   10161 Park Run Drive, Ste. 150,   Las Vegas, NV 89145-8872
9115198       +HR Simplified Today, LLC,   P.O. Box 335961,   North Las Vegas, NV 89033-5961
9115197       +HiTech Commercial,   1840 Stella Lake Street,   Las Vegas, NV 89106-2154
```

```
District/off: 0978-2          User: admin              Page 2 of 3              Date Rcvd: Jul 18, 2014
                              Form ID: B9F              Total Noticed: 99
```

```
9115201      +JF Duncan Kitchen Contractor,   c/o Eric Zimbelman, Esq., Peel Brimley, LLP,
              1215 Fourth Ave, Ste. 1235,   Seattle, WA 98161-1026
9115200      +JF Duncan Kitchen Contractor,   9301 Stewart & Gray St.,   Downey, CA 90241-5315
9115204      +JP Morgan Bank,   P.O. Box 659754,   San Antonio, TX 78265-9754
9115202      +John W. Muije & Associates,   1840 East Sahara Ave. #106,   Las Vegas, NV 89104-3742
9115203      +Jolly Urgla,   3800 Howard Hughes Pkwy,   Wells Fargo Tower, 16th Floor,
              Las Vegas, NV 89169-0925
9115205      +KAMM-TH, LLC,   c/o Jay Range,   Hunton & Williams, LLP,   2200 Pennsylvania Avenue NW,
              Washington, DC 20037-1709
9115206      +Law Department,   Caesars Entertainment Corporation, Inc.,   Attn: Mark R. Dunn, VP-Legal Affairs,
              One Caesars Palace Drive,   Las Vegas, NV 89109-8969
9115207      +Micros,   c/o Joseph, Mann & Creed,   20600 Chagrin Blvd., Ste. 550,
              Shaker Heights, OH 44122-5340
9115208      +Micros,   4630 South Arville Street, Ste. B,   Las Vegas, NV 89103-5341
9115209      +Millman Culinary 401K,   c/o Danielle Stark, Client Services,   1400 Wewatta St., Ste. 300,
              Denver, CO 80202-5549
9115213      +NV State Health Permit,   Southern Nevada Health District,   700 Desert Lane,
              Las Vegas, NV 89106-4205
9115150      +Nevada Dept of Taxation, BK Section,   555 E. Washington Ave. #1300,   Las Vegas, NV 89101-1046
9115211      +Nevada Dept. of Taxation,   2550 Paseo Verde Pkwy, Ste. 180,   Henderson, NV 89074-7129
9115212      +Nevada State Business Licenses,   500 S. Grand Central Pkwy, 3rd Floor,
              Las Vegas, NV 89155-4502
9115214      +Open Table,   P.O. Box 8395,   Pasadena, CA 91109-8395
9115215      +Praxair,   c/o D&S Ltd,   13809 Research Blvd., Ste. 800,   Austin, TX 78750-1211
9115216      +Renu Oil of America,   P.O. Box 93453,   Las Vegas, NV 89193-3453
9115217       Robert Kang,   1854 Ontario Place,   Jeffersonville, IN 47130
9115218      +Santa Monica Seafood,   18531 S. Broadwick Street,   Rancho Dominquez, CA 90220-6440
9115219      +Shawmut Construction,   c/o Eric Fox, Esq.,   Marquis Aubach Coffing,   10001 Park Run,
              Las Vegas, NV 89145-8857
9115220      +Shawmut Construction,   560 Harrison Avenue,   Boston, MA 02118-2632
9115221      +Silver Service Refreshment,   7340 Smoke Ranch Road,   Las Vegas, NV 89128-1801
9115222      +Southen Nevada Culinary and Bartenders,   Pension Trust c/o Daryl Martin, Esq.,
              Christensen, James and Martin,   7440 W. Sahara Ave.,   Las Vegas, NV 89117-2740
9115224      +Southern NV Culinary & Training Trust,   1901 Las Vegas Blvd., South, Ste. 107,
              Las Vegas, NV 89104-1304
9115223      +Southern Nevada Culinary & Bartenders,   Pension Trust,   1901 Las Vegas Blvd., Ste. 107,
              Las Vegas, NV 89104-1304
9115151      +State of Nevada Dept. of Motor Vehicles,   Attn: Legal Division,   555 Wright Way,
              Carson City, NV 89711-0001
9115226      +Sysco Food Services,   6201 E. Centennial Pkwy.,   Las Vegas, NV 89115-1775
9115227      +Tip Earners Legal Assistance Fund,   1901 Las Vegas Blvd, South, Ste. 107,
              Las Vegas, NV 89104-1304
9115231      +US Foods,   1685 W. Cheyenne Ave.,   North Las Vegas, NV 89032-7764
9115232      +USA Rugby Sevens,   c/o Rob Cornelius,   VP Business Development,   11 Martine Avenue, 8th Floor,
              White Plains, NY 10606-1934
9115230      +Unite Here Health Welfare Fund Plan,   Unit 150, 1901 Las Vegas Blvd. South,   Ste. 107,
              Las Vegas, NV 89104-1304
9115229      +Unite Here Health and Welfare,   c/o Daryl Martin, Esq.,   Christensen, James and Martin,
              7440 W. Sahara Ave.,   Las Vegas, NV 89117-2740
9115233      +West Central Produce,   c/o Gibbs GGiden Law,   7450 Arroyo Crossing Pkwy, Ste. 270,
              Las Vegas, NV 89113-4084
9115234      +West Central Produce,   202 E. 7th Place,   Los Angeles, CA 90014
9115235      +Wirtz Beverage,   1849 West Cheyenne Ave.,   North Las Vegas, NV 89032-7760
9115237       +Yellowstone Capital,   160 Pearl Street,   New York, NY 10005-1617
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: sam@schwartzlawyers.com Jul 19 2014 01:40:25      SAMUEL A. SCHWARTZ,
              6623 LAS VEGAS BLVD. SO., STE 300,   LAS VEGAS, NV  89119
ust          +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Jul 19 2014 01:40:54      U.S. TRUSTEE - LV - 11,
              300 LAS VEGAS BOULEVARD S.,   SUITE 4300,   LAS VEGAS, NV 89101-5803
9115152      +EDI: ACECASHXPRESS.COM Jul 19 2014 01:28:00      Ace Cash Express,   4300 E. Charleston Blvd.,
              Las Vegas, NV 89104-2368
9115165      +E-mail/Text: HNVPPC@HARRAHS.COM Jul 19 2014 01:41:34      Caesars Palace,
              3570 Las Vegas Blvd. South,   Las Vegas, NV 89109-8933
9115171       E-mail/Text: alrish@colonallife.com Jul 19 2014 01:40:29      Colonial Life,
              1200 Colonial Blvd.,   Columbia, SC 29210
9115182      +E-mail/Text: bankruptcynotices@ecolab.com Jul 19 2014 01:40:56      Ecolab,
              370 North Wabasha Street,   Saint Paul, MN 55102-1390
9115196      +E-mail/Text: robin.smith@e-hps.com Jul 19 2014 01:40:34      Heartland Payment Systems,
              One Heartland Way,   Jeffersonville, IN 47130-5870
9115145       EDI: IRS.COM Jul 19 2014 01:28:00      Internal Revenue Service,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
9115199      +EDI: IRS.COM Jul 19 2014 01:28:00      Internal Revenue Service,   Attn: Twila H. Wakida,
              110 N. City Parkway,   Las Vegas, NV 89106-6085
9115210      +E-mail/Text: twoodrum@nevbev.com Jul 19 2014 01:40:49      Nevada Beverage,
              3940 W. Tropicana Ave.,   Las Vegas, NV 89103-5516
9115225      +E-mail/Text: dblizniak@southernwine.com Jul 19 2014 01:40:32      Southern Wine and Spirits,
              8400 S. Jones Blvd.,   Las Vegas, NV 89139-6803
9115228      +E-mail/Text: ctuckercme4tax@aol.com Jul 19 2014 01:40:49      Tucker & Associates,
              c/o Charles Tucker,   2551 S. Fort Apache Road, Ste. 104,   Las Vegas, NV 89117-8700
```

```
District/off: 0978-2        User: admin          Page 3 of 3          Date Rcvd: Jul 18, 2014
                           Form ID: B9F          Total Noticed: 99
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
9115149      +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Jul 19 2014 01:40:54    United States Trustee,
              300 Las Vegas Blvd. South #4300,   Las Vegas, NV 89101-5803
9115236       E-mail/Text: vanessa.adams@xerox.com Jul 19 2014 01:40:50    Xerox Corp.,   Acct No xxxxx8605,
              P.O. Box 7405,   Pasadena, CA 91109-7405
                                                                                   TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2014 at the address(es) listed below:
NONE.                                                                              TOTAL: 0
```

B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/12)                                    Case Number **14–14931–abl**

---

UNITED STATES BANKRUPTCY COURT District of Nevada

## Notice of
## Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 7/17/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Individual Debtors:** Debtors who are individuals must provide government–issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): <br> BISTRO CENTRAL, LV LLC <br> dba CENTRAL MICHEL RICHARD <br> 101 CONVENTION CENTER DRIVE, SUITE 830 <br> LAS VEGAS, NV 89109 | |
| Case Number: <br> 14–14931–abl <br> Judge: AUGUST B. LANDIS | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: <br> 27–4361912 |
| Attorney for Debtor(s) (name and address): <br> SAMUEL A. SCHWARTZ <br> 6623 LAS VEGAS BLVD. SO., STE 300 <br> LAS VEGAS, NV 89119 <br> Telephone number:  (702) 385–5544 | |

## Meeting of Creditors

Date:  **August 21, 2014**                              Time:  **03:00 PM**
Location:  **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101**

## Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit):  **90 days after the**          For a governmental unit:  **180 days after order for relief entered**
**date first set for the meeting of creditors**

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> 300 Las Vegas Blvd., South <br> Las Vegas, NV 89101 <br> Telephone number:  (702) 527–7000 | **For the Court:** <br> Clerk of Court: <br> *Mary A Schott* <br> Mary A. Schott |
| Hours Open:  Monday – Friday 9:00 AM – 4:00 PM | Date:  7/17/14 |

# EXPLANATIONS

B9F (Official Form 9F) (12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A PROOF OF CLAIM MAY BE FILED ELECTRONICALLY AT THE BANKRUPTCY COURT'S WEBSITE (http://www.nvb.uscourts.gov) or a Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices