Samuel A. Schwartz, Esq.  E-FILED: July 21, 2014
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | Case No.: 14-14931-ABL |
| ) | |
| Bistro Central, LV LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| _____ ) | |

**ATTORNEY INFORMATION SHEET**
**FOR PROPOSED ORDER SHORTENING TIME**

As required by the Court, this Attorney Information Sheet has been prepared regarding the proposed Order Shortening Time for the Debtor's Motion for the entry of an order authorizing the Debtor to pay prepetition claims of certain critical vendors as critical vendors (collectively, the "**Critical Vendors**") pursuant to sections 105(a), 363(b), and 503(b) of Title 11 of United States Code (the "**Motion**"), filed on July 18, 2014, in this case.

Debtor's counsel contacted the following, whose responses are listed below.

| Name | Party Represented | Date Contacted | Response |
|---|---|---|---|
| Alycia Hansen | Nevada Department of Taxation | 07/17/2014 | No Opposition to OST Request |
| Victoria Nelson | Caesars Palace | 07/17/2014 | No Response |
| Erik Fox | Shawmut Construction | 07/18/2014 | No Opposition to OST Request |

No other creditors were contacted because the Debtor is unaware of other known counsel at this time.

Dated this 21st day of July, 2014.

Respectfully Submitted,

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
NevadaBar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor