Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Brian Blankenship, Esq.
Nevada Bar No. 11522
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

**THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 14-14931-ABL |
|  | ) |
| Bistro Central, LV LLC, | ) Chapter 11 |
|  | ) |
| Debtor. | ) Hearing Date: August 22, 2014 |
| _____ | ) Hearing Time: 1:30 p.m. |

**NOTICE OF HEARING ON APPLICATION FOR THE ENTRY
OF AN ORDER UNDER 11 U.S.C. §§ 327(a), 328, 329 AND 331 AND
FED R. BANKR. P. 2014 AND 2016 AUTHORIZING THE EMPLOYMENT
AND RETENTION OF THE SCHWARTZ LAW FIRM, INC.
AS ATTORNEYS FOR THE DEBTOR-IN-POSSESSION**

**TO: ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES**

The Court, the Debtors, and all creditors and parties in interest are hereby notified of a hearing for the above-referenced Application: Application for the Entry of an Order Authorizing the Debtors to Employ and Retain The Schwartz Law Firm, Inc. as Attorneys, (the **"Application"**), filed on July 21, 2014.

Take further notice that any party who objects to the Debtor's Application must file a written objection pursuant to Local Rule 9014(d):

> Oppositions to a motion must be filed and service of the opposition must be completed on the movant no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

1

If an objection is not timely filed and served, an order for the aforementioned application and request for relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, notice is further given that the hearing for said Application will be held before the Honorable United States Bankruptcy Judge August B. Landis, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV, 89101, Courtroom #1, on **August 22, 2014, at 1:30 p.m.**

Dated: July 21, 2014.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Brian Blankenship, Esq.
Nevada Bar No. 11522
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system on July 21, 2014 to the following:

U.S. TRUSTEE - LV - 11  USTPRegion17.lv.ecf@usdoj.gov

ALYCIA K HANSEN on behalf of Creditor State of Nevada, on Relation of Its Department of Taxation  ahansen@ag.nv.gov, mmillam@ag.nv.gov;dwright2@ag.nv.gov

JACOB L. HOUMAND on behalf of Interested Party DESERT PALACE, INC., d/b/a CAESARS PALACE  jhoumand@nelsonhoumand.com, vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;kortiz@nelsonhoumand.com;nalcantara@nelsonhoumand.com

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via REGULAR MAIL on July 3, 2014 to the following:

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Shawmut Construction
560 Harrison Avenue
Boston, MA 02118

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Arnold & Porter
c/o David Fauvre
555 12th Street NW
Washington, DC 20004

Central Investors Pref. Return Payment
c/o Bistro Central
101 Convention Center Drive, Ste. 830
Las Vegas, NV 89109

Foggy Bottom Holdings Mgmt. Co
101 Convention Center Drive, Ste. 830
Las Vegas, NV 89109

3

| | |
|---|---|
| Get Fresh Food<br>6745 S. Escondido Street<br>Las Vegas, NV 89119 | Shawmut Construction<br>c/o Eric Fox, Esq.<br>Marquis Aubach Coffing<br>10001 Park Run<br>Las Vegas, NV 89145 |
| US Foods<br>1685 W. Cheyenne Ave.<br>North Las Vegas, NV 89032 | Southern Nevada Culinary and Bartenders<br>Pension Trust c/o Daryl Martin, Esq.<br>Christensen, James and Martin<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117 |
| Internal Revenue Service<br>Attn: Twila H. Wakida<br>110 N. City Parkway<br>MS:5209LVG2933<br>Las Vegas, NV 89106 | Southern Nevada Culinary & Bartenders<br>Pension Trust<br>1901 Las Vegas Blvd., Ste. 107<br>Las Vegas, NV 89104 |
| JF Duncan Kitchen Contractor<br>c/o Eric Zimbelman, Esq.<br>Peel Brimley, LLP<br>1215 Fourth Ave, Ste. 1235<br>Seattle, WA 98161 | Southern NV Culinary & Training Trust<br>1901 Las Vegas Blvd., South, Ste. 107<br>Las Vegas, NV 89104 |
| Jolly Urgla<br>3800 Howard Hughes Pkwy<br>Wells Fargo Tower, 16th Floor<br>Las Vegas, NV 89169 | Southern Wine and Spirits<br>8400 S. Jones Blvd.<br>Las Vegas, NV 89139 |
| JP Morgan Bank<br>P.O. Box 659754<br>San Antonio, TX 78265 | Sysco Food Services<br>6201 E. Centennial Pkwy.<br>Las Vegas, NV 89115 |
| KAMM-TH, LLC<br>c/o Jay Range<br>Hunton & Williams, LLP<br>2200 Pennsylvania Avenue NW<br>Washington, DC 20037 | Unite Here Health Welfare Fund Plan<br>Unit 150, 1901 Las Vegas Blvd. South<br>Ste. 107<br>Las Vegas, NV 89104 |
| Silver Service Refreshment<br>7340 Smoke Ranch Road<br>Las Vegas, NV 89128 | Yellowstone Capital<br>160 Pearl Street, 5th Floor<br>New York, NY 10005 |

/s/  Janine Lee
    Janine Lee

4