

_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**July 21, 2014**

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 14-14931-ABL |
| Bistro Central, LV LLC, | Chapter 11 |
| Debtor. | Hearing Date: July 22, 2014 |
| | Hearing Time: 11:00 a.m. |

## AMENDED ORDER SHORTENING TIME

      **THIS MATTER** having come before the Court on Debtor's Motion for an Order Shortening Time; the Court having reviewed all papers and pleadings on file herein and good cause appearing:

      **IT IS HEREBY ORDERED** that the hearing on approval of the Debtor's Motion for an Order authorizing, but not directing, the Debtor to (a) pay certain prepetition wages, salaries and other compensation, taxes, withholdings, and reimbursable expenses, (b) pay and honor obligations relating to medical and other benefits programs, and (c) continue its employee

1

benefit programs on a postpetition basis, filed on July 14, 2014, will be held before the Honorable United States Bankruptcy Judge August B. Landis, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom #1 on **July 22, 2014** at the hour of **11:00 a.m.**

Oppositions to the Motion shall be due at the time of the hearing.

Replies to Oppositions to the Motion shall be due at the time of the hearing.

SUBMITTED BY:

/s/ Samuel A. Schwartz Esq.
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor