

_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**July 21, 2014**

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 14-14931-ABL |
| | ) |
| Bistro Central, LV LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Hearing Date: July 25, 2014 |
| | ) Hearing Time: 1:30 p.m. |

**ORDER SHORTENING TIME**

THIS MATTER having come before the Court on Debtor's Motion for an Order Shortening Time; the Court having reviewed all papers and pleadings on file herein and good cause appearing:

**IT IS HEREBY ORDERED** that the hearing on approval of the Debtor's Motion for an Order Prohibiting Utilities from Altering, Refusing or Discontinuing Services on Account of Pre-Petition Claims and Establishing Procedures for Determining Requests for Additional Adequate Assurance of Payment, filed on July 18, 2014, will be held before the Honorable

United States Bankruptcy Judge __Landis_____ in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom # 1, on July 25, 2014, at the hour of __1:30 p_.m.

SUBMITTED BY:

/s/ Samuel A. Schwartz Esq.__
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor