Samuel A. Schwartz, Esq., NBN #10985
Bryan A. Lindsey, Esq., NBN #10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for Debtor

E-Filed: July 21, 2014

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 14-14931-ABL |
| Bistro Central, LV LLC, | Chapter 11 |
| Debtor. | Hearing Date: July 22, 2014 |
| | Hearing Time: 11:00 a.m. |

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR THE ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING, BUT NOT DIRECTING, THE DEBTOR TO (i) PAY CERTAIN PREPETITION COMPENSATION AND REIMBURSABLE EMPLOYEE EXPENSES, (ii) PAY AND HONOR EMPLOYEE MEDICAL AND OTHER BENEFITS, AND (iii) CONTINUE EMPLOYEE WAGES AND BENEFITS PROGRAMS**

**TO:    ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES**

The Court, the Debtor, and all creditors and parties in interest are hereby notified of a hearing, on shortened time, on the Debtor's Motion authorizing, but not directing, the Debtor to (a) pay certain prepetition wages, salaries and other compensation, taxes, withholdings, and reimbursable expenses, (b) pay and honor obligations relating to medical and other benefits programs, and (c) continue its employee benefit programs on a postpetition basis (the "**Motion**"), filed in this case on July 18, 2014.

- Objections to the Motion shall be due at the time of the hearing.
- Replies to objections shall be due at the time of the hearing.

If an objection is not timely filed and served, an order for the aforementioned motion and request for relief may be granted.  LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, notice is further given that the hearing on said Motion will be held before the Honorable United States Bankruptcy Judge August B. Landis in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101 in Courtroom #1, on **July 22, 2014,** at 1**1:00 a.m.**

Dated this 18th day of July, 2014.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
The Schwartz Law Firm, Inc.
6623 Las Vegas Boulevard South, Suite 300
Las Vegas Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice and Motion was sent electronically via the Court's CM/ECF system on July 18, 2014 to the following:

U.S. TRUSTEE - LV - 11  USTPRegion17.lv.ecf@usdoj.gov

ALYCIA K HANSEN on behalf of Creditor State of Nevada, on Relation of Its Department of Taxation  ahansen@ag.nv.gov, mmillam@ag.nv.gov;dwright2@ag.nv.gov

JACOB L. HOUMAND on behalf of Interested Party DESERT PALACE, INC., d/b/a CAESARS PALACE  jhoumand@nelsonhoumand.com, vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;kortiz@nelsonhoumand.com;nalcantara@nelsonhoumand.com

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice and Motion was sent via Regular U.S. MAIL to the following on July 18, 2014:

| | |
|---|---|
| Acosta, Noe<br>11616 Azui Celeste Pl<br>Las Vegas  NV  89138 | APACIBLE, EDWARD<br>3956 Jazzy Ginger Ct.<br>Las Vegas  NV  89129-2721 |
| ADANZA, ROMUALD<br>5125 West Reno Ave  #1007<br>Las Vegas  NV  89118-0000 | ARNETT, ANDREW<br>9560 SILVER FROST STREET<br>LAS VEGAS  NV  89123 |
| ALVAREZ, FRANCISCO<br>5460 OXBOW STREET<br>LAS VEGAS  NV  89119 | ATKINSON, NELIA<br>5041 Bayberry Crest<br>North Las Vegas  NV  89031-0000 |
| Amador, Chelsei<br>9267 Wild Stampede Ave<br>Las Vegas  NV  89178 | BAILEY, DEVROE<br>10536 Refugio St<br>Las Vegas  NV  89141-0000 |
| Anderson, Danielle<br>9204 Worsley Park Place<br>Las Vegas  NV  89145 | BARBA HERNANDEZ, TOBIAS<br>8521 Last Point Ave<br>Las Vegas  NV  89129-0000 |

| | |
|---|---|
| BARBER, ERIKA<br>3751 S. NELLIS BLVD SPACE 452<br>LAS VEGAS  NV  89121 | Butts, Dwayne<br>7350 Flintstone Street<br>North Las Vegas  NV  89123 |
| Barcenas, Gustavo<br>3509 Diamond Spur Ave<br>North Las Vegas  NV  89032 | Cardillo, Ashlie<br>5355 S. Rainbow Blvd  #233<br>Las Vegas  NV  89118 |
| BELTRAN, JUAN<br>3796 PAMPLONA STREET<br>LAS VEGAS NV  NV  89103 | CARLIN, RAUDEL<br>6069 PEACH ORCHARD<br>LAS VEGAS  NV  89142 |
| Bennett, Maile<br>50 Aura de Blanco st. #1201<br>Henderson  NV  89074 | CASTANEDA, ALMA<br>6394 Newville Ave<br>Las Vegas  NV  89103-0000 |
| BERRIOS, NELSON<br>4525 Switchback Street<br>North Las Vegas  NV  89031 | CASTANEDA, VIRIDIANA<br>4613 BABY BIRD LANE<br>LAS VEGAS  NV  89115 |
| BONGA, MARK<br>5238 SURREY STREET<br>LAS VEGAS  NV  89119 | Castile, Everett<br>429 Moss Mayne<br>Las Vegas  NV  80130 |
| BRADFORD, REGINALD<br>3875 Cambridge St #920<br>Las Vegas  NV  89119-0000 | CHANDLER, MICHAEL<br>9334 Boulder Opal Ave<br>Las Vegas  NV  89148-0000 |
| BROWN, TRISTAN<br>7736 Curiosity AVE.<br>Las Vegas  NV  80131 | Chavez, Pascual<br>11655 Stivali St<br>Las Vegas  NV  89183 |
| BUDDE, DEREK<br>10419 ROTHERN AVENUE<br>LAS VEGAS  NV  89178 | Chettri, Nishma<br>6280 Wintson Falls Ave<br>Las Vegas  NV  89139 |
| BURGEN, MICHEAL<br>11 FRANKLIN STREET<br>BOTAVIA  NY  14020 | CHEVALIER, MIREILLE<br>6432 ABERDEEN LANE<br>LAS VEGAS  NV  89107 |

| | |
|---|---|
| CHO, RAYMOND<br>6600 TUMBLEWEED RIDGE LANE 101<br>HENDERSON  NV  89011 | ESPINOZA, CRISTOBAL<br>4815 THACKERVILLE AVE<br>LAS VEGAS  NV  89139 |
| Choe, Chaetu<br>500 Sierra Vista Dr  #215<br>Las Vegas  NV  89169 | Espinoza, Sebastian<br>4550 KAREN AVENUE APT 137<br>LAS VEGAS  NV  89121 |
| COHEN-GANDULLA, BARBARA<br>215 Heather Dr<br>Henderson  NV  89002-0000 | Faga, Genesis<br>253 Buckskin St<br>Henderson  NV  89074 |
| COLE, AJOLLA<br>3896 SWENSON<br>LAS VEGAS  NV  89119 | Figueroa, Victor<br>3940 Scott Robinson Blvd  #1079<br>North Las Vegas  NV  89032 |
| COOK, JORDAN<br>2201 N. CANTER PLACE<br>EAGLE  ID  83616 | Flores, Rene<br>5543 Sunset Meadow St<br>North Las Vegas  NV  89031 |
| CORONA, LUIS<br>209 SILVER RINGS AVENUE<br>LAS VEGAS  NV  89031 | FRANCO, ANYELO<br>6562 SHELTER LANE<br>Las Vegas  NV  89103 |
| CORREA, DARNELL<br>898 Socorro Song Lane<br>Henderson  NV  89052-0000 | Freese, Elisse<br>9860 Iris Valley St<br>Las Vegas  NV  89178 |
| CRANE, ALLEN<br>6512 DIAMOND POINT COURT<br>NORTH LAS VEGAS  NV  89084 | GAONA, ALEXANDER<br>3850 MOUNTAIN VISTA ST 168<br>LAS VEGAS  NV  89121 |
| DELIMA, DANNY<br>4642 DENWOOD DRIVE<br>LAS VEGAS  NV  89147 | Garcia Montoya, Joaquin<br>1620 E Nelson Ave<br>North Las Vegs  NV  89030 |
| Edmond, Bobby<br>5772 Forsythe Dr.<br>Las Vegas  NV  89142 | GARCIA, JOAQUIN<br>4165 Ripple River Ave.<br>Las Vegas  NV  89115-0000 |

| | |
|---|---|
| GARCIA-CABRERA, JUAN<br>7405 Forest Ivy St<br>Las Vegas  NV  89131-0000 | HONG, RICHARD<br>7001 W CHARLESTON BLVD 2090<br>LAS VEGAS  NV  89117 |
| GEBREMARIAM, FASIKA<br>8482 Opal Splendor Ave<br>Las Vegas  NV  89147-0000 | HOYER, ERIC<br>8148 Finch Feather St<br>Las Vegas  NV  89143-0000 |
| Gibbons, Brian<br>6709 Quail Hollow Dr<br>Las Vegas  NV  89108 | IGLESIAS, YUSDENIA<br>4120 E ST LOUIS<br>LAS VEGAS  NV  89104 |
| GONZALEZ JR, PABLO<br>1163 HAVEN STREET<br>Las Vegas  NV  89183-0000 | Infante, Rene<br>2300 Rock Springs Drive<br>Las Vegas  NV  89128 |
| Gonzalez, Giovanna<br>11625 Longhirst Hall Lane<br>Las Vegas  NV  89138 | IRAHETA, MARIA<br>9623 Windborne Ave<br>Las Vegas  NV  89147-0000 |
| Gonzalez, Raul<br>8996 Gabro Lane<br>Las Vegas  NV  89123 | Irons, Ryan<br>552 Mona Lane<br>Henderson  NV  89015 |
| GONZALEZ, RICARDO<br>11625 Longhirst Hall Lane<br>Las Vegas  NV  89138-0000 | Itokazu, Ryan<br>2881 N Rancho Dr  #1060<br>Las Vegas  NV  89130 |
| GREEN, JORDAN<br>10619 Lessona Street  Apt 8<br>Las Vegas  NV  89141 | Jackson, Erika<br>5155 W. Tropicana Ave #2075<br>Las Vegas  NV  89103 |
| HARDRICK, MARCUS<br>8174 AMPHORA STREET<br>LAS VEGAS  NV  89139 | Jones, Shamario<br>1915 SIMMONS ST APT 2079 #14<br>Las Vegas  NV  89109 |
| Holmes, Alfred<br>2435 Carnegie Hall St<br>Las Vegas  NV  89135 | JONES, SHANNEL<br>3205 W Bradford Hill Ave<br>North Las Vegas  NV  89031-0000 |

| | |
|---|---|
| JUAREZ JR, DAVID<br>595 S GREEN VALLEY PKWY 1613<br>HENDERSON  NV  89012 | LEON, MONICA<br>3166 NAGGIO SHORES AVENUE<br>LAS VEGAS  NV  89141 |
| Juarez, Freddy<br>6639 Tumbleweed Ridge Ln # 103<br>Henderson  NV  89011 | LIWANAG, JULIAN<br>4528 MISSION MEADOW CIR.<br>Las Vegas  NV  89139 |
| Kang, Woong R<br>1854 Ontario Place NW<br>Washington DC  DE  20009 | LUJAN, MICHEAL<br>4201 E Craig Road Apt 2041<br>North Las Vegas  NV  89030 |
| Kastner, Richard<br>1070 Noble Isle St<br>Henderson  NV  89002 | LUNA, JESUS<br>8777 WEST MAULE #1130<br>LAS VEGAS  NV  89148 |
| Kelimoff, Ryan<br>2209 Timber Rose Dr<br>Las Vegas  NV  89134 | Macareno, Miguel<br>5919 Balsam Pine Dr<br>Las Vegas  NV  89142 |
| KIM, TIMOTHY<br>5055 WEST HACIENDA #2134<br>LAS VEGAS  NV  89118 | MALDONADO, IRAN<br>8984 DALLAS RIDGE AVE<br>LAS VEGAS  NV  89178 |
| KNOWLES, KATELYN<br>6083 SILKEN SADDLE STREET<br>NORTH LAS VEGAS  NV  89031 | Manjarrez, Ruben<br>212 Gemstone Hill Ave<br>Las Vegas  NV  89031 |
| Krawczyk, Paul<br>9253 Magic Flower Ave<br>Las Vegas  NV  89134 | MARMOLEJO, FERMIN<br>1016 JAMES STREET<br>LAS VEGAS  NV  89101 |
| LEAL, WALTER<br>10621 Upper Laurel St<br>Las Vegas  NV  89179 | MARTINEZ, ALDO<br>7005 GRASSY KNOLL STREET<br>LAS VEGAS  NV  89147 |
| LEE, TYLER HOSIK<br>9650 ENSORTH STREET 165<br>LAS VEGAS  NV  89123 | MARTINEZ, JOSUE<br>7950 West Flamingo Rd  #1042<br>Las Vegas  NV  89147-0000 |

| | |
|---|---|
| MATSON, KRISTIN<br>5830 Tipperary St.<br>Las Vegas  NV  89130-1511 | NAVARRO, RYAN<br>9207 W Viking Rd<br>Las Vegas  NV  89147 |
| MAVIGLIA, JAMIE<br>1815 Green Acres Ave<br>Las Vegas  NV  89156-0000 | ODEN, CHEYENNE<br>5448 PIPERS MEADOW COURT<br>NORTH LAS VEGAS  NV  89031 |
| MEDINA, JONATHAN<br>4856 MONTERREY CIRCLE<br>LAS VEGAS  NV  89169 | OLIVAS, AMAIRANY<br>6671 ZEPHYR WIND AVENUE<br>LAS VEGAS  NV  89139 |
| MENDEZ AQUINO, EULOGIO<br>3715 Stanley Ave<br>North Las Vegas  NV  89031-0000 | Omotoy, Mark<br>1815 Green Acres  Ave<br>Las Vegas  NV  89156 |
| Mendez-Aquino, Azarel<br>5055 Lindell Rd  #1022<br>Las Vegas  NV  89118 | ORDONEZ, JED<br>8793 Autum Teal Ave<br>Las Vegas  NV  89178-0000 |
| Morales, Alberto<br>5038 Killarney St<br>Las Vegas  NV  89122 | O'Reilly, Ana<br>239 E Maulding Ave.  Apt. D7<br>Las Vegas  NV  89123 |
| MORALES, ROGER<br>1404 Rim Fire Circle<br>Henderson  NV  89014-0000 | Osorio, Efrain<br>4559 Pommerelle Street<br>Las Vegas  NV  89122 |
| Morrison, Nick<br>244 Moapa Ct<br>Henderson  NV  89074 | PARK, JIMMY<br>4375 E SUNSET ROAD #111<br>HENDERSON  NV  89014 |
| Moss, Abbigale<br>5150 Pipestone Pass st.<br>Las Vegas  NV  89148 | PENA, JOSE<br>2701 N DECATUR BLVD 1047<br>LAS VEGAS  NV  89108 |
| Navarro, Elliot<br>9207 West Viking Road<br>Las Vegas  NV  89147 | PILOTON, ROBERT<br>5095 DODGE RIDGE AVENUE<br>Las Vegas  NV  89139 |

| | |
|---|---|
| Ponce, Ernesto<br>5216 Glen Eagles Ln<br>Las Vegas  NV  89108 | RIGGS, JYNNA<br>9925 W. Russell Road<br>Las Vegas  NV  89148-0000 |
| PONCE, SERGIO<br>5216 Glen Eagles Ln<br>Las Vegas  NV  89108-0000 | Rist, William<br>2600 S TOWN CENTER DR APT 1075<br>Las Vegas  NV  89135 |
| PRZYDZIAL JR, LOUIS<br>8670 Horrizon Wind Avenue  Unit 103<br>Las Vegas  NV  89178 | RIVERA, ANTONIO<br>5284 Jacala Street<br>Las Vegas  NV  89122 |
| Przydzial, Michael<br>8670 Horizon Wind Ave #103<br>Las Vegas  NV  89178 | Rivera, Arnold<br>4497 Rosedale Ave<br>Las Vegas  NV  89121 |
| PULIDO, JOSE<br>5737 BAFFY CIRCLE<br>Las vegas  NV  89142 | RIVERA, JOSHUA<br>4497 ROSEDALE AVE<br>LAS VEGAS  NV  89121 |
| PUTRA, FREDI<br>930 BRASS RING ROAD<br>LAS VEGAS  NV  89123 | ROBERTSON, JESSE<br>7921 ASPECT WAY<br>Las Vegas  NV  89149 |
| RAIMONDI, ROBERT<br>3350 N Durango # 2117<br>Las Vegas  NV  89129 | RODRIGUEZ, LORENA<br>4201 S DECATUR BLVD 3163<br>Las Vegas  NV  89102 |
| RAMIREZ-PEREZ, JOSE<br>920 NYE STREET<br>LAS VEGAS  NV  89106 | RONDAN MACHACA, LUIS<br>4155 W. Twain Ave  # E-103<br>Las Vegas  NV  89103-0000 |
| Ramos, Delia<br>5627 Gorham Avenue<br>Las Vegas  NV  89110 | RUBIO-MARROQUIN, WILLI<br>6319 LENAKING AVENUE<br>LAS VEGAS  NV  89122 |
| REYES REYES, MANUEL<br>3217 Tabor Ave #2<br>North Las Vegas  NV  89030-8542 | Ruiz, Aide<br>4773 East Twain Avenue<br>Las Vegas, NV 89121 |

| | |
|---|---|
| RUIZ, SONNY F<br>1600 SE 15TH STREET #215<br>FORT LAUDERDALE  FL  33316 | Thomas, De'Angelis<br>6885 W. Lone Mountain Road<br>Las Vegas  NV  89108 |
| RYAN-SMALL, BETH<br>2720 WEST SERENE APT 1035<br>LAS VEGAS  NV  89123 | SHEFFEY, BREANNA<br>6404 TIGERS LAIR COURT<br>LAS VEGAS  NV  89130 |
| SAELEE, MUANGHOR<br>483 Haunts Walk Avenue<br>Las Vegas  NV  89178 | SOLIS, LUIS<br>6650 W WARM SPRINGS RD 1169<br>LAS VEGAS  NV  89118 |
| SALAS, GABRIEL<br>1316 RAINBOW MEADOWS DRIVE<br>LAS VEGAS  NV  89128 | SOLTERO, ZACHARY<br>2101 FOUNTAIN VALLEY WAY<br>NORTH LAS VEGAS  NV  89030 |
| Salazar Jr, Saul<br>355 E. Larson Ln  #44<br>Henderson  NV  89044 | Sotelo, Luis<br>1910 Faistaff<br>Las Vegas  NV  89142 |
| SALDIVAR, ALEX<br>2355 Lincoln Rd<br>Las Vegas  NV  89115-0000 | SQUIBB, SILVIA<br>676 Finch Island Ave<br>Henderson  NV  89015-0000 |
| Santos, Maria Monica<br>1972 Alcova Ridge Drive,<br>Las Vegas  NV  89135 | Stretz, Eric<br>8375 W. Ford Ave<br>Las Vegas  NV  89113 |
| Sayan, Anthony<br>9383 Pinewood Ridge Street<br>Las Vegas  NV  89178 | TATE, CLIFFORD<br>5150 PIPESTONE PASS<br>LAS VEGAS  NV  89148 |
| SCOTT, ERIC<br>3327 LARK BUNTING STREET<br>LAS VEGAS  NV  89117-0000 | THOMAS, CHEVEN<br>6029 ROLLIN MEADOW STREET<br>LAS VEGAS  NV  89130 |
| SERVIN, JOSE<br>6501 Raspberry Ridge<br>Las Vegas  NV  89108-0000 | TORRES, STERLING<br>3080 OCOTILLO COURT<br>LAS VEGAS  NV  89121 |

| | |
|---|---|
| TREJO, JONATHAN<br>3601 ARKWRIGHT FALLS AVENUE<br>NORTH LAS VEGAS  NV  89032 | VILLANUEVA QUIROGA, GERARDO<br>34648 HOLBERT COURT<br>LAS VEGAS  NV  89110 |
| Tupasi, Deanne<br>195 Willow Pond Court<br>Las Vegas  NV  89148 | VIVAS-FLORES, IGNACIO RAUL<br>6721 Scarborough Ave<br>Las Vegas  NV  89107-2484 |
| Vahramian, Alexander<br>11616 Azul Celeste Pl<br>Las Vegas  NV  89138 | Williams, Kristina<br>10437 Niagra Falls Ln<br>Las Vegas  NV  89144 |
| VALLE-MARTINEZ, ROSA<br>6223 E. Sahara Ave  Apt 34<br>Las Vegas  NV  89142-0000 | Wilson, Patrick<br>6471 Bluff Dwellers Ave<br>Las Vegas  NV  89131 |
| VANHUSEN, JON<br>320 CONESTOGA WAY<br>HENDERSON  NV  89002 | WINSLOW, BRADON<br>7120 Everly Ct<br>Las Vegas  NV  89131-0000 |
| VILLALOBOS, YASMIN<br>1016 JAMES STREET<br>LAS VEGAS  NV  89101 | Witt, Jodi<br>441 Mayan Drive<br>Henderson  NV  89014 |
| Villalobos-Ocampo, Adan<br>869 Christy Lane<br>Las Vegas  NV  89110 | WOOD, CHRISTOPHER<br>2609 RAINBOW CACTUS COURT<br>LAS VEGAS  NV  89106 |

/s/ Janine Lee
    Janine Lee