Samuel A. Schwartz, Esq., NBN #10985      E-Filed: July 21, 2014
Bryan A. Lindsey, Esq., NBN #10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 14-14931-ABL |
| | ) |
| Bistro Central, LV LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Hearing Date: July 25, 2014. |
| _____ | ) Hearing Time: 1:30 p.m. |

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR AN ORDER
(I) PROHIBITING UTILITIES FROM ALTERING, REFUSING OR
DISCONTINUING SERVICES ON ACCOUNT OF PRE-PETITION
CLAIMS AND (II) ESTABLISHING PROCEDURES FOR DETERMINING
REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT**

**TO:    ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES**

The Court, the Debtor, and all creditors and parties in interest are hereby notified of a hearing, on shortened time, on the motion for an Order (i) prohibiting the Debtor's utility service providers from altering, refusing, or discontinuing services and (ii) establishing procedures for determining requests by the utility service providers for additional adequate assurance of payment (the "**Motion**"), filed in this case on July 18, 2014.

Pursuant to the Order (See Docket No. 45) entered by this Court on July 21, 2014:

- Objections to the Motion shall be due on or before July 23, 2014.

- Replies to objections shall be due on or before the hearing date and time.

If an objection is not timely filed and served, an order for the aforementioned motion and request for relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, notice is further given that the hearing on said Motion will be held before the Honorable United States Bankruptcy Judge August B. Landis in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101 in Courtroom #1, on **July 25, 2014** at **1:30 p.m.**

Dated this 21st day of July, 2014.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
The Schwartz Law Firm, Inc.
6623 Las Vegas Boulevard South, Suite 300
Las Vegas Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system on July 21, 2014 to the following:

U.S. TRUSTEE - LV - 11  USTPRegion17.lv.ecf@usdoj.gov

ALYCIA K HANSEN on behalf of Creditor State of Nevada, on Relation of Its Department of Taxation  ahansen@ag.nv.gov, mmillam@ag.nv.gov;dwright2@ag.nv.gov

JACOB L. HOUMAND on behalf of Interested Party DESERT PALACE, INC., d/b/a CAESARS PALACE  jhoumand@nelsonhoumand.com, vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;kortiz@nelsonhoumand.com;nalcantara@nelsonhoumand.com

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Regular U.S. MAIL to the following on July 21, 2014:

| | |
|---|---|
| Directv | Century Link |
| Attn: Bankruptcy Department | Attn: Bankruptcy Department |
| PO Box 60036 | PO Box 2961 |
| Los Angeles, CA 90060 | Phoenix AZ 85062-2961 |

/s/ Janine Lee
    Janine Lee