Victoria L. Nelson, Esq. (NV Bar No. 5436)
Email: vnelson@nelsonhoumand.com
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@nelsonhoumand.com
NELSON & HOUMAND, P.C.
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Electronically Filed On: July 21, 2014*

*Attorneys for Desert Palace, Inc. d/b/a Caesars Palace*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

BISTRO CENTRAL, LV, LLC,

    Debtor.

Case No.  BK-S-14-14931-ABL
Chapter    11

**ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON MOTION FOR LEAVE TO EXERCISE RECOUPMENT RIGHTS AGAINST BISTRO CENTRAL, LC, LLC**

Date of Hearing:    *OST Pending*
Time of Hearing:    *OST Pending*
Place: Courtroom No. 1, Third Floor
        Foley Federal Building
        300 Las Vegas Blvd., S.
        Las Vegas, NV 89101

Judge: Honorable August B. Landis

    Victoria L. Nelson, Esq. and Jacob L. Houmand, Esq., of the law firm of Nelson & Houmand, P.C., attorneys for Desert Palace, Inc. d/b/a Caesars Palace (referred to herein as "Landlord" or "Creditor"), hereby this Attorney Information Sheet In Support of Ex Parte

Application for Order Shortening Time On Motion for Leave to Exercise Recoupment Rights Against Bistro Central, LC, LLC (the "Motion").[1]

As required by the Court under Local Rule 9006, Landlord has provided notice or attempted to provide notice to the following parties, or their counsel, of the proposed Order Shortening Time on the Motion for Leave to Exercise Recoupment Rights Against Bistro Central, LC, LLC (the "Motion"). The parties agreed or disagreed to the time being shortened, as indicated below:

| Name<br>(Party Represented) | How and When<br>(Date Notice Provided) | Agree | Disagree |
|---|---|---|---|
| Athanasios Agelakopoulos, Esq.<br>(Counsel for the Office of the United States Trustee) | On July 21, 2014, my office contacted Mr. Agelakopoulos via electronic mail and requested to have the Motion heard on an order shortening time. | X | |
| Samuel A. Schwartz, Esq.<br>(Counsel for the Debtor) | On July 21, 2014, my office contacted Ms. Schwartz via electronic mail and requested to have the Motion heard on an order shortening time. | X | |
| Erik Fox Esq.<br>(Counsel for Shawmut Construction) | On July 21, 2014, my office contacted Mr. Fox via electronic mail and requested to have the Motion heard on an order shortening time. | X | |

Dated this 21st day of July, 2014.

**NELSON & HOUMAND, P.C.**

*/s/ Victoria L. Nelson*
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Jacob L. Houmand, Esq. (NV Bar No. 12781)
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:   702/720-3370
Facsimile:    702/720-3371
*Attorneys for Desert Palace, Inc. d/b/a Caesars Palace*

---

[1] Unless otherwise indicated, all chapter and section references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532. The Federal Rules of Civil Procedure will be referred to as "FRCP" and the Federal Rules of Bankruptcy Procedure will be referred to as "FRBP." The Local Rules of Practice for the United States Bankruptcy Court for the District of Nevada shall be referred to as the "Local Rules".