Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 14-14931-ABL |
| | ) |
| Bistro Central, LV LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Hearing Date:  July 25, 2014 |
| | ) Hearing Time:  1:30 p.m. |

**NOTICE OF HEARING ON DEBTOR'S EMERGENCY MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(b) AUTHORIZING THE DEBTOR TO PAY PREPETITION CLAIMS OF CRITICAL VENDORS**

**TO:   ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES**

The Court, the Debtor, and all creditors and parties in interest are hereby notified of a hearing, on shortened time, on the Debtor's emergency Motion for the entry of an order authorizing the Debtor to pay prepetition claims of critical vendors pursuant to sections 105(a), 363(b), and 503(b) of Title 11 of United States Code (the "**Motion**"), filed in this case on July 18, 2014.

Take further notice that any party who objects to the Debtor's Motion must file a written objection pursuant to that order shortening time, entered by the Court on July 21, 2014, Docket No. 49:

- Oppositions to the Motion shall be due on or before July 23, 2014; and

- Replies to Oppositions to the Motion shall be due on or before the hearing date and time.

If an objection is not timely filed and served, an order for the aforementioned motion and request for relief may be granted.  LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, notice is further given that the hearing on said Motion will be held before the Honorable United States Bankruptcy Judge August B. Landis in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101 in Courtroom #1, on **July 25, 2014, at 1:30 p.m.**

Dated this 21st day of July, 2014.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
The Schwartz Law Firm, Inc.
6623 Las Vegas Boulevard South, Suite 300
Las Vegas Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system on July 21, 2014 to the following:

U.S. TRUSTEE - LV - 11  USTPRegion17.lv.ecf@usdoj.gov

ALYCIA K HANSEN on behalf of Creditor State of Nevada, on Relation of Its Department of Taxation  ahansen@ag.nv.gov, mmillam@ag.nv.gov;dwright2@ag.nv.gov

JACOB L. HOUMAND on behalf of Interested Party DESERT PALACE, INC., d/b/a CAESARS PALACE  jhoumand@nelsonhoumand.com, vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;kortiz@nelsonhoumand.com;nalcantara@nelsonhoumand.com

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice and Motion was sent via Regular U.S. MAIL to the following on July 21, 2014:

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Arnold & Porter
c/o David Fauvre
555 12th Street NW
Washington, DC 20004

Central Investors Pref. Return Payment
c/o Bistro Central
101 Convention Center Drive, Ste. 830
Las Vegas, NV 89109

Foggy Bottom Holdings Mgmt. Co
101 Convention Center Drive, Ste. 830
Las Vegas, NV 89109

Get Fresh Food
6745 S. Escondido Street
Las Vegas, NV 89119

US Foods
1685 W. Cheyenne Ave.
North Las Vegas, NV 89032

Internal Revenue Service
Attn: Twila H. Wakida
110 N. City Parkway
MS:5209LVG2933
Las Vegas, NV 89106

JF Duncan Kitchen Contractor
c/o Eric Zimbelman, Esq.
Peel Brimley, LLP
1215 Fourth Ave, Ste. 1235
Seattle, WA 98161

Jolly Urgla
3800 Howard Hughes Pkwy
Wells Fargo Tower, 16th Floor
Las Vegas, NV 89169

JP Morgan Bank
P.O. Box 659754
San Antonio, TX 78265

Southern Wine and Spirits
8400 S. Jones Blvd.
Las Vegas, NV 89139

KAMM-TH, LLC
c/o Jay Range
Hunton & Williams, LLP
2200 Pennsylvania Avenue NW

Washington, DC 20037
Shawmut Construction
c/o Eric Fox, Esq.
Marquis Aubach Coffing
10001 Park Run
Las Vegas, NV 89145

Shawmut Construction
560 Harrison Avenue
Boston, MA 02118

Silver Service Refreshment
7340 Smoke Ranch Road
Las Vegas, NV 89128

Southern Nevada Culinary and Bartenders
Pension Trust c/o Daryl Martin, Esq.
Christensen, James and Martin
7440 W. Sahara Ave.
Las Vegas, NV 89117

Southern Nevada Culinary & Bartenders
Pension Trust
1901 Las Vegas Blvd., Ste. 107
Las Vegas, NV 89104

Southern NV Culinary & Training Trust
1901 Las Vegas Blvd., South, Ste. 107
Las Vegas, NV 89104

Sysco Food Services
6201 E. Centennial Pkwy.
Las Vegas, NV 89115

Unite Here Health Welfare Fund Plan
Unit 150, 1901 Las Vegas Blvd. South
Ste. 107
Las Vegas, NV 89104

Great Buns Bakery
3270 E. Tropicana Avenue
Las Vegas, NV 89121

| | |
|---|---|
| Open Table<br>P.O. Box 8395<br>Pasadena, CA 91109 | Yellowstone Capital<br>160 Pearl Street, 5th Floor<br>New York, NY 10005 |
| Dessert Gold<br>123 W. Colorado Ave.<br>Las Vegas, NV 89102 | Wirtz Beverage<br>1849 West Cheyenne Ave.<br>North Las Vegas, NV 89032 |
| Santa Monica Seafood<br>18531 S. Broadwick Street<br>Rancho Dominquez, CA 90220 | Nevada Beverage<br>3940 W. Tropicana Ave.<br>Las Vegas, NV 89103 |

/s/ Janine Lee
    Janine Lee