Samuel A. Schwartz, Esq.                                    E-FILED: July 22, 2014
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

### UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

| In re: | ) | Case No.: 14-14931-ABL |
| | ) | |
| Bistro Central, LV LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### ATTORNEY INFORMATION SHEET
### FOR PROPOSED ORDER SHORTENING TIME

As required by the Court, this Attorney Information Sheet has been prepared regarding the proposed Order Shortening Time for the Debtor's Motion for entry of interim and final orders (a)(i) authorizing the Debtor's use of cash, which may comprise cash collateral, (ii) finding that the interests of any purportedly secured party are adequately protected, and (iii) granting related relief or (b) alternatively, authorizing the Debtor to surcharge the prepetition collateral, and (c) scheduling interim and final hearings (the "**Motion**"), filed on July 22, 2014, in this case.

Debtor's counsel contacted the following, whose responses are listed below.

| Name | Party Represented | Date Contacted | Response |
|------|-------------------|----------------|----------|
| Alycia Hansen | Nevada Department of Taxation | 07/22/2014 | No Response |
| Victoria Nelson | Caesars Palace | 07/22/2014 | No Response |
| Erik Fox | Shawmut Construction | 07/22/2014 | No Opposition to OST Request |

1

2          No other creditors were contacted because the Debtor is unaware of other known

3

4    counsel at this time.

5          Dated this 22nd day of July, 2014.

6
     Respectfully Submitted,
7

8    /s/ Samuel A. Schwartz
     Samuel A. Schwartz, Esq.
9    NevadaBar No. 10985
     Bryan A. Lindsey, Esq.
10   Nevada Bar No. 10662
11   The Schwartz Law Firm, Inc.
     6623 Las Vegas Blvd. South, Suite 300
12   Las Vegas, Nevada 89119
     Telephone: (702) 385-5544
13   Facsimile: (702) 385-2741
14   Proposed Attorneys for the Debtor

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32