1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
DARYL E. MARTIN, ESQ (6735)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
kbc@cjmlv.com, dem@cjmlv.com, wes@cjmlv.com
*Attorneys for Trust Funds*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| In Re | Case No.: 14-14931-abl |
| BISTRO CENTRAL, LV LLC, | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| Debtor. | |

TO:    The Clerk of the United States Bankruptcy Court

TO:    All Parties of Record

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), Kevin B. Christensen, Esq., Daryl E. Martin, Esq., and Wesley J. Smith, Esq. of the law firm Christensen James & Martin hereby enter their appearance on the record in the above-entitled proceeding on behalf of UNITE HERE HEALTH, by and through its fiduciary, Matthew Walker; SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST, by and through its fiduciary, Annette English; SOUTHERN NEVADA JOINT MANAGEMENT AND CULINARY AND BARTENDERS TRAINING FUND, by and through its fiduciary, Terry Greenwald; CULINARY AND BARTENDERS TIP EARNERS LEGAL ASSISTANCE FUND, by and through its fiduciary, Terry Greenwald; and CULINARY AND BARTENDERS HOUSING PARTNERSHIP FUND, by and through its fiduciary, D. Taylor, (collectively "Trust Funds").

REQUEST IS HEREBY MADE by the undersigned on behalf of the Trust Funds that special notice of all hearings, actions, contested matters and adversary proceedings in this case, together with all notices, pleadings, papers, motions, responses and other related materials that

are issued, filed, served or required to be served in this case be given to and served upon the

Trust Funds as follows:

Christensen James & Martin
7440 West Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 255-1718
Fax: (702) 255-0871
Email: kbc@cjmlv.com, dem@cjmlv.com, wes@cjmlv.com

This request shall be deemed a limited appearance and does not constitute acceptance of service

of process in any manner inconsistent with pertinent rules and statutes.

DATED this 23rd day of July, 2014.

CHRISTENSEN JAMES & MARTIN

By:  /s/ Wesley J. Smith
Wesley J. Smith, Esq.
Nevada Bar No. 11871
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 255-1718
Fax: (702) 255-0871
Email: wes@cjmlv.com
*Attorneys for Trust Funds*

## CERTIFICATE OF SERVICE

I, Natalie Saville, am an employee of the law firm of Christensen James & Martin.  On

the date of filing of the foregoing Notice of Appearance and Request for Special Notice, I caused

the same to be served by electronic means via the Court's CM/ECF Pacer System.

*/s/ Natalie Saville*