

_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**July 24, 2014**

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 14-14931-ABL |
| | ) |
| Bistro Central, LV LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Hearing Date: July 25, 2014 |
| _____ | ) Hearing Time: 1:30 p.m. |

**ORDER SHORTENING TIME**

THIS MATTER having come before the Court on Debtor's Motion for an Order Shortening Time; the Court having reviewed all papers and pleadings on file herein and good cause appearing:

**IT IS HEREBY ORDERED** that the interim hearing on approval of the Debtor's Motion for entry of interim and final orders (a)(i) authorizing the Debtor's use of cash, which may comprise cash collateral, (ii) finding that the interests of any purportedly secured party are adequately protected, and (iii) granting related relief or (b) alternatively, authorizing the Debtor

to surcharge the prepetition collateral, and (c) scheduling interim and final hearings, filed on July 22, 2014, will be held before the Honorable United States Bankruptcy Judge August B. Landis in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom #1, on _____ July 25 __, **2014**, at the hour of _ 1:30 p.m _.

    Oppositions to the Motion shall be due <u>by the hearing date and time.</u>

    Replies to Oppositions to the Motion shall be due <u>at the hearing.</u>

SUBMITTED BY:

<u>/s/ Samuel A. Schwartz Esq.</u>
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor