Samuel A. Schwartz, Esq., NBN #10985
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 14-14931-ABL |
| Bistro Central, LV LLC, | Chapter 11 |
| Debtor. | Interim Hearing Date:  July 25, 2014 |
| | Interim Hearing Time:  1:30 p.m. |

**NOTICE OF INTERIM HEARING ON DEBTOR'S EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, 1107 AND 1108 AND RULES 4001(b), 6003 AND 6004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR ENTRY OF INTERIM AND FINAL ORDERS (A)(I) AUTHORIZING THE USE OF CASH, INCLUDING CASH COLLATERAL, (II) FINDING THAT THE INTERESTS OF THE PREPETITION LENDER AND ANY OTHER PURPORTEDLY SECURED PARTY ARE ADEQUATELY PROTECTED, AND (III) GRANTING RELATED RELIEF, OR (B) ALTERNATIVELY, AUTHORIZING THE DEBTOR TO SURCHARGE THE PREPETITION COLLATERAL, AND (C) SCHEDULING INTERIM AND FINAL HEARINGS**

**TO:    ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES**

The Court, the Debtor, and all creditors and parties in interest are hereby notified of an interim hearing, on shortened time, on the Debtor's emergency Motion for entry of interim and final orders (a)(i) authorizing the Debtor's use of cash, which may comprise cash collateral, (ii) finding that the interests any purportedly secured party are adequately protected, and (iii) granting related relief or (b) alternatively, authorizing the Debtor to surcharge the prepetition collateral, and (c) scheduling interim and final hearings (the "**Motion**"), filed in this case on July 22, 2014.

- Oppositions to the Motion shall be due by the hearing date and time; and

- Replies to Oppositions to the Motion shall be due at the hearing.

If an objection is not timely filed and served, an order for the aforementioned motion and request for relief may be granted.  LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, notice is further given that the hearing on said Motion will be held before the Honorable United States Bankruptcy Judge August B. Landis in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101 in Courtroom #1, on **July 25, 2014** at **1:30 p.m.**

Dated this 24th day of July, 2014.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
The Schwartz Law Firm, Inc.
6623 Las Vegas Boulevard South, Suite 300
Las Vegas Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system on July 24, 2014 to the following:

ERIK W. FOX on behalf of Debtor Shawmut Design & Construction
EFOX@MACLAW.COM, HBENEDICT@MACLAW.COM

U.S. TRUSTEE - LV - 11  USTPRegion17.lv.ecf@usdoj.gov

ALYCIA K HANSEN on behalf of Creditor State of Nevada, on Relation of Its Department of Taxation  ahansen@ag.nv.gov, mmillam@ag.nv.gov;dwright2@ag.nv.gov

JACOB L. HOUMAND on behalf of Interested Party DESERT PALACE, INC., d/b/a CAESARS PALACE  jhoumand@nelsonhoumand.com, vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;kortiz@nelsonhoumand.com;nalcantara@nelsonhoumand.com

VICTORIA L NELSON on behalf of Interested Party DESERT PALACE, INC., d/b/a CAESARS PALACE  vnelson@nelsonhoumand.com, jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com

I HEREBY CERTIFY that true and correct copies of the foregoing notice and Motion were sent via Regular U.S. MAIL to the following on July 24, 2014:

| | |
|---|---|
| United States Trustee<br>300 Las Vegas Blvd. South #4300<br>Las Vegas, NV 89101 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Dept of Employment, Training and Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713 | Clark County Assessor<br>c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Box 551401<br>Las Vegas, NV 89155-1401 |
| Nevada Dept of Taxation, BK Section<br>555 E. Washington Ave. #1300<br>Las Vegas, NV 89101 | Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S Grand Central Parkway<br>PO Box 551220<br>Las Vegas, NV 89155-1220 |

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Arnold & Porter
c/o David Fauvre
555 12th Street NW
Washington, DC 20004

Central Investors Pref. Return Payment
c/o Bistro Central
101 Convention Center Drive, Ste. 830
Las Vegas, NV 89109

Foggy Bottom Holdings Mgmt. Co
101 Convention Center Drive, Ste. 830
Las Vegas, NV 89109

Get Fresh Food
6745 S. Escondido Street
Las Vegas, NV 89119

US Foods
1685 W. Cheyenne Ave.
North Las Vegas, NV 89032

Internal Revenue Service
Attn: Twila H. Wakida
110 N. City Parkway
MS:5209LVG2933
Las Vegas, NV 89106

JF Duncan Kitchen Contractor
c/o Eric Zimbelman, Esq.
Peel Brimley, LLP
1215 Fourth Ave, Ste. 1235
Seattle, WA 98161

Yellowstone Capital
160 Pearl Street, 5th Floor
New York, NY 10005

Jolly Urgla
3800 Howard Hughes Pkwy
Wells Fargo Tower, 16th Floor
Las Vegas, NV 89169

JP Morgan Bank
P.O. Box 659754
San Antonio, TX 78265

Southern Wine and Spirits
8400 S. Jones Blvd.
Las Vegas, NV 89139

KAMM-TH, LLC
c/o Jay Range
Hunton & Williams, LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037

Shawmut Construction
c/o Eric Fox, Esq.
Marquis Aubach Coffing
10001 Park Run
Las Vegas, NV 89145

Shawmut Construction
560 Harrison Avenue
Boston, MA 02118

Silver Service Refreshment
7340 Smoke Ranch Road
Las Vegas, NV 89128

Southern Nevada Culinary and Bartenders
Pension Trust c/o Daryl Martin, Esq.
Christensen, James and Martin
7440 W. Sahara Ave.
Las Vegas, NV 89117

Sysco Food Services
6201 E. Centennial Pkwy.
Las Vegas, NV 89115

| | |
|---|---|
| Southern Nevada Culinary & Bartenders Pension Trust<br>1901 Las Vegas Blvd., Ste. 107<br>Las Vegas, NV 89104 | Unite Here Health Welfare Fund Plan<br>Unit 150, 1901 Las Vegas Blvd. South<br>Ste. 107<br>Las Vegas, NV 89104 |
| Southern NV Culinary & Training Trust<br>1901 Las Vegas Blvd., South, Ste. 107<br>Las Vegas, NV 89104 | |

/s/ Janine Lee
    Janine Lee