

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 25, 2014

Victoria L. Nelson, Esq. (NV Bar No. 5436)
Email: vnelson@nelsonhoumand.com
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@nelsonhoumand.com
NELSON & HOUMAND, P.C.
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Attorneys for Desert Palace, Inc. d/b/a Caesars Palace*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.  BK-S-14-14931-ABL |
|---|---|
| BISTRO CENTRAL, LV, LLC, | Chapter   11 |
| Debtor. | **NOTICE OF HEARING AND ORDER SHORTENING TIME FOR HEARING ON MOTION FOR LEAVE TO EXERCISE RECOUPMENT RIGHTS AGAINST BISTRO CENTRAL, LV, LLC** |
| | Date of Hearing: **August 01, 2014** |
| | Time of Hearing: **1:30 p.m.** |
| | Place: Courtroom No. 1, Third Floor |
| | Foley Federal Building |
| | 300 Las Vegas Blvd., S. |
| | Las Vegas, NV 89101 |
| | Judge: Honorable August B. Landis |

. . .

. . .

This Court having considered the Ex Parte Application for Order Shortening Time to Hear the Motion for Leave to Exercise Recoupment Rights Against Bistro Central, LV, LLC (the "Application") filed by Desert Palace, Inc. d/b/a Caesars Palace (referred to herein as "Creditor" or "Landlord"), by and through its counsel, Victoria L. Nelson, Esq. and Jacob L. Houmand, Esq., of the law firm of Nelson & Houmand, P.C., and good cause appearing therefor,

**IT IS HEREBY ORDERED** that notice is hereby given that the Motion for Leave to Exercise Recoupment Rights Against Bistro Central, LV, LLC (the "Motion") will be heard by a United States Bankruptcy Judge, Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on the 01 day of August, 2014 at 1:30 p.m.

**IT IS FURTHER ORDERED** that notice is hereby given that any Opposition to the Motion shall be filed no later than the 29 day of July, 2014.

**IT IS FURTHER ORDERED** that notice is hereby given that any Replies to any Oppositions to the Motion shall be filed no later than 31 day of July, 2014 by 5:00 p.m.

**IT IS SO ORDERED.**

Prepared and Submitted By:

**NELSON & HOUMAND, P.C.**

/s/ Victoria L. Nelson
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Jacob L. Houmand, Esq. (NV Bar No. 12781)
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Attorneys for Desert Palace, Inc. d/b/a Caesars Palace*

###