DANIEL G. BOGDEN  
United States Attorney  
District of Nevada  
BRIAN PUGH  
Assistant United States Attorney  
U.S. Attorney's Office  
333 Las Vegas Boulevard South, Suite 5000  
Las Vegas, Nevada 89101  
Telephone: 702-388-6336  
Facsimile: 702-388-6787  
Email: *brian.d.pugh@usdoj.gov*  

E-Filed on 7/25/2014

*Attorneys for the United States*  
*Internal Revenue Service*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: <br><br> Bistro Central, LV LLC, <br><br> Debtor. | Case No.: 14-14931-ABL <br> Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** that Assistant United States Attorney Brian Pugh of the United States Attorney's Office, hereby appears as counsel for the Internal Revenue Service in the above referenced chapter 11 case and hereby requests, pursuant to Rules 9010(b) of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given as follows:

> Brian Pugh  
> Assistant United States Attorney  
> U.S. Attorney's Office  
> 333 Las Vegas Boulevard South, Suite 5000  
> Las Vegas, Nevada 89101  
> Telephone: 702-388-6336  
> Facsimile: 702-388-6787  
> Email: *brian.d.pugh@usdoj.gov*

The foregoing request includes, without limitation, special notice of all hearings, actions, contested matters and adversary proceedings in this case, together with all notices, pleadings, papers, motions, responses and other related materials that are issued, filed, served or required to be served in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic mail, mail, hand delivery, telephone, telegraph, facsimile or otherwise.

Respectfully submitted this 25th day of July 2014.

DANIEL G. BOGDEN
United States Attorney

*/s/ Brian Pugh*
BRIAN PUGH
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Brian Pugh, certify that the following individuals were served with copies of the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** on July 25, 2014, by the below identified method of service:

<u>Electronic Service - CM/ECF:</u>
Under Administrative Order 02-1 (Rev. 8-31-04) of the U.S. Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

Wesley J. Smith, Esq.
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorney for Trust Funds*

Samuel A. Schwartz, Esq.
6623 Las Vegas Blvd. South #300
Las Vegas, Nevada 89101
*Attorney for Debtor*

Alycia K. Hansen
Office of Attorney General
555 E. Washington Ave. #3900
Las Vegas, Nevada 89101
*Attorney for NV Dept Taxation*

*/s/ Brian Pugh*
BRIAN PUGH
Assistant United States Attorney