| | |
|---|---|
| Victoria L. Nelson, Esq. (NV Bar No. 5436)<br>Email: vnelson@nelsonhoumand.com<br>Jacob L. Houmand, Esq. (NV Bar No. 12781)<br>Email: jhoumand@nelsonhoumand.com<br>NELSON & HOUMAND, P.C.<br>3900 Paradise Road; Suite U<br>Las Vegas, Nevada 89169-0903<br>Telephone:    702/720-3370<br>Facsimile:    702/720-3371 | **Electronically Filed On: July 25, 2014** |

*Attorneys for Desert Palace, Inc. d/b/a Caesars Palace*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BISTRO CENTRAL, LV, LLC,<br><br>            Debtor. | Case No.  BK-S-14-14931-ABL<br>Chapter    11<br><br>**CERTIFICATE OF SERVICE ON NOTICE OF HEARING AND ORDER SHORTENING TIME FOR HEARING ON MOTION FOR LEAVE TO EXERCISE RECOUPMENT RIGHTS AGAINST BISTRO CENTRAL, LV, LLC**<br><br>Date of Hearing:    August 1, 2014<br>Time of Hearing:    1:30 p.m.<br>Place: Courtroom No. 1, Third Floor<br>              Foley Federal Building<br>              300 Las Vegas Blvd., S.<br>              Las Vegas, NV 89101<br><br>Judge: Honorable August B. Landis |

    1.    On July 25, 2014, I served the following document(s) (*specify*):

**NOTICE OF HEARING AND ORDER SHORTENING TIME FOR HEARING ON MOTION FOR LEAVE TO EXERCISE RECOUPMENT RIGHTS AGAINST BISTRO CENTRAL, LV, LLC**

    2.    I served the above-named document(s) by the following means to the persons as listed below:
              **(Check all that apply)**

☒        a.  **ECF System** *(You must attach the "Notice of Electronic Filing", or list persons and addresses and attach additional paper if necessary)*

1  ATHANASIOS E. AGELAKOPOULOS on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
   athanasios.agelakopoulos@usdoj.gov
2

3  KEVIN B. CHRISTENSEN on behalf of Creditor CULINARY AND BARTENDERS
   HOUSING PARTNERSHIP FUND  kbc@cjmlv.com
4
   KEVIN B. CHRISTENSEN on behalf of Creditor CULINARY AND BARTENDERS TIP
5  EARNERS LEGAL ASSISTANCE FUND  kbc@cjmlv.com

6  KEVIN B. CHRISTENSEN on behalf of Creditor SOUTHERN NEVADA CULINARY AND
   BARTENDERS PENSION TRUST  kbc@cjmlv.com
7

8  KEVIN B. CHRISTENSEN on behalf of Creditor Southern Nevada Joint Management and
   Culinary Bartenders Training Fund  kbc@cjmlv.com
9
   KEVIN B. CHRISTENSEN on behalf of Creditor UNITE HERE Health  kbc@cjmlv.com
10

11 ERIK W. FOX on behalf of Creditor SHAWMUT DESIGN & CONSTRUCTION
   EFOX@MACLAW.COM, HBENEDICT@MACLAW.COM
12
   ALYCIA K HANSEN on behalf of Creditor State of Nevada, on Relation of Its Department of
13 Taxation  ahansen@ag.nv.gov, mmillam@ag.nv.gov;dwright2@ag.nv.gov

14 JACOB L. HOUMAND on behalf of Interested Party DESERT PALACE, INC., d/b/a CAESARS
   PALACE  jhoumand@nelsonhoumand.com,
15 vnelson@nelsonhoumand.com;cjorvig@nelsonhoumand.com;kortiz@nelsonhoumand.com;nalca
   ntara@nelsonhoumand.com
16

17 BRYAN A. LINDSEY on behalf of Debtor BISTRO CENTRAL, LV LLC
   bryan@schwartzlawyers.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com
18

19 DARYL E. MARTIN on behalf of Creditor CULINARY AND BARTENDERS HOUSING
   PARTNERSHIP FUND  dem@cjmlv.com
20

21 DARYL E. MARTIN on behalf of Creditor CULINARY AND BARTENDERS TIP EARNERS
   LEGAL ASSISTANCE FUND  dem@cjmlv.com

22 DARYL E. MARTIN on behalf of Creditor SOUTHERN NEVADA CULINARY AND
   BARTENDERS PENSION TRUST  dem@cjmlv.com
23

24 DARYL E. MARTIN on behalf of Creditor Southern Nevada Joint Management and Culinary
   Bartenders Training Fund  dem@cjmlv.com
25

26 DARYL E. MARTIN on behalf of Creditor UNITE HERE Health  dem@cjmlv.com

27 RICHARD G MCCRACKEN on behalf of Creditor THE LOCAL JOINT EXECUTIVE BOARD
   OF LAS VEGAS
28 ysaelee@dcbsf.com, dtrujillo@culinaryunion.org;dluong@dcbsf.com;ebm@dcbsf.com

NELSON & HOUMAND, P.C.
3900 Paradise Road, Suite U
Las Vegas, Nevada 89169
Telephone: (702) 720-3370
Facsimile: (702) 720-3371

| | |
|---|---|
| 1 | |
| 2 | VICTORIA L NELSON on behalf of Interested Party DESERT PALACE, INC., d/b/a CAESARS PALACE vnelson@nelsonhoumand.com, |
| 3 | jhoumand@nelsonhoumand.com;cjorvig@nelsonhoumand.com;nalcantara@nelsonhoumand.com |
| 4 | SAMUEL A. SCHWARTZ on behalf of Debtor BISTRO CENTRAL, LV LLC sam@schwartzlawyers.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com |
| 5 | |
| 6 | WESLEY J. SMITH on behalf of Creditor CULINARY AND BARTENDERS HOUSING PARTNERSHIP FUND wes@cjmlv.com |
| 7 | |
| 8 | WESLEY J. SMITH on behalf of Creditor CULINARY AND BARTENDERS TIP EARNERS LEGAL ASSISTANCE FUND wes@cjmlv.com |
| 9 | WESLEY J. SMITH on behalf of Creditor SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST wes@cjmlv.com |
| 10 | |
| 11 | WESLEY J. SMITH on behalf of Creditor Southern Nevada Joint Management and Culinary Bartenders Training Fund wes@cjmlv.com |
| 12 | |
| 13 | WESLEY J. SMITH on behalf of Creditor UNITE HERE Health wes@cjmlv.com |
| 14 | U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov |
| 15 | ☒    **b. United States mail, postage full prepaid** |
| 16 | See attached mailing matrix. |
| 17 | ☐    **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)* I personally delivered the document(s) to the persons at these addresses: |
| 18 | |
| 19 | ☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office. |
| 20 | |
| 21 | ☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there. |
| 22 | |
| 23 | ☐    **d. By direct email (as opposed to through the ECF System)** *(List persons and email addresses. Attach additional paper if necessary)* |
| 24 | |
| 25 | Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |
| 26 | |
| 27 | . . . |
| 28 | . . . |

NELSON & HOUMAND, P.C.
3900 Paradise Road, Suite U
Las Vegas, Nevada 89169
Telephone: (702) 720-3370
Facsimile: (702) 720-3371

1

☐  e. **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐  f. **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on *(date): July 25, 2014*

| Carol E. Jorvig | /s/ Carol E. Jorvig |
|---|---|
| (NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

NELSON & HOUMAND, P.C.
3900 Paradise Road, Suite U
Las Vegas, Nevada 89169
Telephone: (702) 720-3370
Facsimile: (702) 720-3371

-4-

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 14-14931-abl<br>District of Nevada<br>Las Vegas<br>Wed Jul 23 10:01:04 PDT 2014 | BISTRO CENTRAL, LV LLC<br>101 CONVENTION CENTER DRIVE, SUITE 830<br>LAS VEGAS, NV 89109-2009 | State of Nevada, on Relation of Its Departme<br>555 East Washington Ave., Suite 3900<br>Las Vegas, NV 89101-1068 |
| United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 | ADP Payroll Services<br>7474 West Chandler Blvd<br>Chandler, AZ 85226-3250 | Ace Cash Express<br>4300 E. Charleston Blvd.<br>Las Vegas, NV 89104-2368 |
| Adams Burch<br>1901 Stanford Court<br>Hyattsville, MD 20785-3219 | Alycia K. Hansen, Esq.<br>State of NV Attorney General's Offi<br>555 East Washington Avenue, Ste. 3900<br>Las Vegas, NV 89101-1068 | American Toxicology<br>3340 Sunrise Ave., Ste.105<br>Las Vegas, NV 89101-4830 |
| Anthem<br>P.O. Box 172405<br>Denver, CO 80217-2405 | Anthem<br>c/o Amanda Shoughro, Account Exec.<br>Employee Benefit Solutions<br>10161 Park Run Drive, Ste. 150<br>Las Vegas, NV 89145-8872 | Arnold & Porter<br>c/o David Fauvre<br>555 12th Street NW<br>Washington, DC 20004-1206 |
| Avero Slingshot<br>235 Park Avenue South, Floor 7<br>New York, NY 10003-1405 | Best Buns Bakery<br>3270 E. Tropicana Ave.<br>Las Vegas, NV 89121-7316 | Bistro D'Ici/Chef Michel Richard<br>c/o Kalbian Hagerty, LLP<br>888 17th St. NW<br>Washington, DC 20006-3939 |
| Bonanza<br>6333 Ensworth Street<br>Las Vegas, NV 89119-3210 | Brown, Brown & Premsrirut<br>Attn: Jay Brown<br>520 S. Fourth Street, 2nd Floor<br>Las Vegas, NV 89101-6524 | Caesars Palace<br>3570 Las Vegas Blvd. South<br>Las Vegas, NV 89109-8933 |
| Carl Halvorson<br>1972 Alcova Ridge Drive<br>Las Vegas, NV 89135-1550 | Central Investors Pref. Return Payment<br>c/o Bistro Central<br>101 Convention Center Drive, Ste. 830<br>Las Vegas, NV 89109-2009 | Chef Wise<br>2200 NW 102nd Avenue, Ste. 2<br>Miami, FL 33172-2225 |
| Chefs Warehouse West Coast<br>1300 Viele Avenue<br>Bronx, NY 10474-7134 | Chefs Warehouse West Coast<br>P.O. Box 601154<br>Pasadena, CA 91189-0002 | Clark County Assessor<br>c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Box 551401<br>Las Vegas, NV 89155-1401 |
| Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S Grand Central Parkway<br>PO Box 551220<br>Las Vegas, NV 89155-1220 | Colonial Life<br>1200 Colonial Blvd.<br>Columbia, SC 29210 | Complete Payment Recovery Services<br>Acct No xxxxx0794<br>P.O. Box 038997<br>Tuscaloosa, AL 35403-8997 |
| Complete Payment Recovery Services<br>Acct No xxxxx0808<br>P.O. Box 038997<br>Tuscaloosa, AL 35403-8997 | Complete Payment Recovery Services<br>Acct No xxxxx6807<br>P.O. Box 038997<br>Tuscaloosa, AL 35403-8997 | Complete Payment Recovery Services<br>Acct No xxxxx9441<br>P.O. Box 038997<br>Tuscaloosa, AL 35403-8997 |

| | | |
|---|---|---|
| Complete Payment Recovery Services<br>Acct No xxxxx9468<br>P.O. Box 038997<br>Tuscaloosa, AL 35403-8997 | Culinary & Bartenders Housing Trust<br>1901 Las Vegas Blvd. South, Ste. 107<br>Las Vegas, NV 89104-1304 | Culinary Workers Union Local 226<br>c/o Wanda Henry<br>1630 S. Commerce Street<br>Las Vegas, NV 89102-2700 |
| Dept of Employment, Training and Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713-0002 | Desert Palace, Inc.<br>dba Caesars Palace<br>Attn: General Manager<br>3570 Las Vegas Blvd. South<br>Las Vegas, NV 89109-8933 | Dessert Gold<br>123 W. Colorado Ave.<br>Las Vegas, NV 89102-2503 |
| EMS<br>Acct No xxxx3471<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | EMS<br>Acct No xxxx7289<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | Ecolab<br>370 North Wabasha Street<br>Saint Paul, MN 55102-1390 |
| Ecolab<br>c/o Receivables Control Corp.<br>7373 Kirkwood Court, Ste. 200<br>Minneapolis, MN 55440 | Farmers - Commercial<br>c/o Alex Rivlin<br>8889 S. Eastern Avenue, #E<br>Las Vegas, NV 89123-4841 | Farmers Workers Compensation Insurance<br>P.O. Box 108843<br>Oklahoma City, OK 73101-8843 |
| Farmers Workers Compensation Insurance<br>c/o Alex Rivlin<br>8889 S. Eastern Avenue, #E<br>Las Vegas, NV 89123-4841 | Foggy Bottom Holdings Mgmt. Co<br>101 Convention Center Drive, Ste. 830<br>Las Vegas, NV 89109-2009 | Gatski Commercial<br>101 Convention Center Drive<br>Las Vegas, NV 89109-2001 |
| Get Fresh Food<br>6745 S. Escondido Street<br>Las Vegas, NV 89119-3858 | Great Buns Bakery<br>3270 E. Tropicana Avenue<br>Las Vegas, NV 89121-7316 | Greg Fuller Patio Misters<br>806 Milwood Avenue<br>Las Vegas, NV 89121 |
| Greg Fuller Patio Misters<br>Attn: Terry Coffing, Esq.<br>Marquis, Aubach, Coffing<br>10001 Park Run Drive<br>Las Vegas, NV 89145-8857 | Guardian Dental<br>Acct No xx0491<br>Attn: Amanda Shoughro, Account Executive<br>Employee Benefit Solutions<br>10161 Park Run Drive, Ste. 150<br>Las Vegas, NV 89145-8872 | Guardian Dental<br>Acct No xx0491<br>c/o Optum Health Financial Services, Inc<br>P.O. Box 221709<br>Louisville, KY 40252-1709 |
| HR Simplified Today, LLC<br>P.O. Box 335961<br>North Las Vegas, NV 89033-5961 | Heartland Payment Systems<br>One Heartland Way<br>Jeffersonville, IN 47130-5870 | HiTech Commercial<br>1840 Stella Lake Street<br>Las Vegas, NV 89106-2154 |
| Internal Revenue Service<br>Attn: Twila H. Wakida<br>110 N. City Parkway<br>MS:5209LVG2933<br>Las Vegas, NV 89106-6085 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JF Duncan Kitchen Contractor<br>9301 Stewart & Gray St.<br>Downey, CA 90241-5315 |
| JF Duncan Kitchen Contractor<br>c/o Eric Zimbelman, Esq.<br>Peel Brimley, LLP<br>1215 Fourth Ave, Ste. 1235<br>Seattle, WA 98161-1026 | JP Morgan Bank<br>P.O. Box 659754<br>San Antonio, TX 78265-9754 | John W. Muije & Associates<br>1840 East Sahara Ave. #106<br>Las Vegas, NV 89104-3742 |

| | | |
|---|---|---|
| Jolly Urgla<br>3800 Howard Hughes Pkwy<br>Wells Fargo Tower, 16th Floor<br>Las Vegas, NV 89169-0925 | KAMM-TH, LLC<br>c/o Jay Range<br>Hunton & Williams, LLP<br>2200 Pennsylvania Avenue NW<br>Washington, DC 20037-1709 | Law Department<br>Caesars Entertainment Corporation, Inc.<br>Attn: Mark R. Dunn, VP-Legal Affairs<br>One Caesars Palace Drive<br>Las Vegas, NV 89109-8969 |
| Micros<br>4630 South Arville Street, Ste. B<br>Las Vegas, NV 89103-5341 | Micros<br>c/o Joseph, Mann & Creed<br>20600 Chagrin Blvd., Ste. 550<br>Shaker Heights, OH 44122-5340 | Millman Culinary 401K<br>c/o Danielle Stark, Client Services<br>1400 Wewatta St., Ste. 300<br>Denver, CO 80202-5549 |
| NV State Health Permit<br>Southern Nevada Health District<br>700 Desert Lane<br>Las Vegas, NV 89106-4205 | Nevada Beverage<br>3940 W. Tropicana Ave.<br>Las Vegas, NV 89103-5516 | Nevada Dept of Taxation, BK Section<br>555 E. Washington Ave. #1300<br>Las Vegas, NV 89101-1046 |
| Nevada Dept. of Taxation<br>2550 Paseo Verde Pkwy, Ste. 180<br>Henderson, NV 89074-7129 | Nevada State Business Licenses<br>500 S. Grand Central Pkwy, 3rd Floor<br>Las Vegas, NV 89155-4502 | Open Table<br>P.O. Box 8395<br>Pasadena, CA 91109-8395 |
| Praxair<br>c/o D&S Ltd<br>13809 Research Blvd., Ste. 800<br>Austin, TX 78750-1211 | Renu Oil of America<br>P.O. Box 93453<br>Las Vegas, NV 89193-3453 | Robert Kang<br>1854 Ontario Place<br>Jeffersonville, IN 47130 |
| Santa Monica Seafood<br>18531 S. Broadwick Street<br>Rancho Dominquez, CA 90220-6440 | Shawmut Construction<br>560 Harrison Avenue<br>Boston, MA 02118-2632 | Shawmut Construction<br>c/o Eric Fox, Esq.<br>Marquis Aubach Coffing<br>10001 Park Run<br>Las Vegas, NV 89145-8857 |
| Silver Service Refreshment<br>7340 Smoke Ranch Road<br>Las Vegas, NV 89128-1801 | Southen Nevada Culinary and Bartenders<br>Pension Trust c/o Daryl Martin, Esq.<br>Christensen, James and Martin<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 | Southern NV Culinary & Training Trust<br>1901 Las Vegas Blvd., South, Ste. 107<br>Las Vegas, NV 89104-1304 |
| Southern Nevada Culinary & Bartenders<br>Pension Trust<br>1901 Las Vegas Blvd., Ste. 107<br>Las Vegas, NV 89104-1304 | Southern Wine and Spirits<br>8400 S. Jones Blvd.<br>Las Vegas, NV 89139-6803 | State of Nevada Dept. of Motor Vehicles<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 |
| Sysco Food Services<br>6201 E. Centennial Pkwy.<br>Las Vegas, NV 89115-1775 | Tip Earners Legal Assistance Fund<br>1901 Las Vegas Blvd, South, Ste. 107<br>Las Vegas, NV 89104-1304 | Tucker & Associates<br>c/o Charles Tucker<br>2551 S. Fort Apache Road, Ste. 104<br>Las Vegas, NV 89117-8700 |
| U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | US Foods<br>1685 W. Cheyenne Ave.<br>North Las Vegas, NV 89032-7764 | USA Rugby Sevens<br>c/o Rob Cornelius<br>VP Business Development<br>11 Martine Avenue, 8th Floor<br>White Plains, NY 10606-1934 |

| | | |
|---|---|---|
| Unite Here Health Welfare Fund Plan<br>Unit 150, 1901 Las Vegas Blvd. South<br>Ste. 107<br>Las Vegas, NV 89104-1304 | Unite Here Health and Welfare<br>c/o Daryl Martin, Esq.<br>Christensen, James and Martin<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117-2740 | United States Trustee<br>300 Las Vegas Blvd. South #4300<br>Las Vegas, NV 89101-5803 |
| West Central Produce<br>202 E. 7th Place<br>Los Angeles, CA 90014 | West Central Produce<br>c/o Gibbs GGiden Law<br>7450 Arroyo Crossing Pkwy, Ste. 270<br>Las Vegas, NV 89113-4084 | Wirtz Beverage<br>1849 West Cheyenne Ave.<br>North Las Vegas, NV 89032-7760 |
| Xerox Corp.<br>Acct No xxxxx8605<br>P.O. Box 7405<br>Pasadena, CA 91109-7405 | Yellowstone Capital<br>160 Pearl Street<br>New York, NY 10005-1617 | BRYAN A. LINDSEY<br>THE SCHWARTZ LAW FIRM<br>6623 LAS VEGAS BLVD. SO.,, STE 300<br>LAS VEGAS, NV 89119-3246 |
| SAMUEL A. SCHWARTZ<br>6623 LAS VEGAS BLVD. SO., STE 300<br>LAS VEGAS, NV 89119-3246 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DESERT PALACE, INC., d/b/a CAESARS PALACE

End of Label Matrix
Mailable recipients    99
Bypassed recipients     1
Total                 100